# EXHIBIT A

1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY - CAMDEN VICINAGE
CIVIL ACTION NO. 1:09-cv-00698-JEI-KMW

DOUGLAS CHARLES STROBY,  )
                         )
            Plaintiff(s), )
                         )  DEPOSITION OF
        vs.              )
                         )  BLAZE CATANIA
EGG HARBOR TOWNSHIP,     )
CHIEF BLAZE CATANIA;     )
OFFICER JEFFREY          )
LANCASTER, jointly,      )
severally, and/or in     )
the alternative,         )
                         )
            Defendant(s). )

REPORTED BY CATHERINE M. WYBLE, CCR, CMR, Notary Public for the State of New Jersey, in the offices of Egg Harbor Township Municipal Building, Conference Room 108, 3515 Bargaintown Road, Egg Harbor Township, NJ, on Tuesday, December 29, 2009, commencing at 10:30 a.m.

PATRICIA ANN TERRACCIANO
Certified Court Reporters
One South Colonial Drive
Bordentown, NJ 08505
(609) 298-6615 * FAX (609) 298-2252

---

2

APPEARANCES:

JACOBS & BARBONE, ESQUIRES
BY: ARTHUR J. MURRAY, ESQUIRE
1125 Pacific Avenue, Atlantic City, NJ 08401
Counsel for the Plaintiff

BARKER, SCOTT & GELFAND
BY: A. MICHAEL BARKER, ESQUIRE
210 New Road, Linwood Greene, Suite 12, Linwood, NJ 08221
Counsel for Defendant Egg Harbor Township

MICHELE C. VERNO, LLC
BY: MICHELE C. VERNO, ESQUIRE
1001 Tilton Road, Suite 205, Northfield, NJ 08225
Counsel for Defendant Jeffrey Lancaster

ALSO PRESENT:

DOUGLAS CHARLES STROBY

---

3

INDEX

DEPONENTS:

BLAZE CATANIA

Examination by Mr. Murray            4

Examination by Mr. Barker            88

EXHIBITS FOR IDENTIFICATION:

Catania 1 - Letter dated 11/26/02 to Detective     89
Ray Theriault from Cathy Floyd

REQUESTS FOR DOCUMENTS:

None requested.

---

4

1    BLAZE CATANIA, having been first duly sworn
2  or affirmed at 10:30 a.m., was examined and testified
3  as follows:
4                        * * *
5  EXAMINATION BY MR. MURRAY:
6       Q.   Chief, good morning. Once again, my name
7  is Arthur Murray. My law firm represents Doug Stroby
8  with respect to a lawsuit he has brought against Egg
9  Harbor Township, yourself, and Officer Lancaster. I'm
10 about to take your deposition. You were in the room
11 when I gave certain instructions to Mayor McCullough,
12 were you not?
13      A.   Yes.
14      Q.   Did you hear those instructions?
15      A.   Yes.
16      Q.   Do you need me to repeat any of those
17 instructions for you?
18      A.   No.
19      Q.   As you sit here today, are you under the
20 influence of any medication, prescription or otherwise,
21 for which a physician has told you it could impact your
22 ability to either hear questions, understand questions,
23 or give answers to questions?
24      A.   No.
25      Q.   As you sit here today, do you suffer from

```
                MURRAY - CATANIA              41                        MURRAY - CATANIA              43
 1   because of the lawsuit, I was informed and read that it   1   of internal affairs?
 2   was dismissed, and he paid some money.                    2      A.   I believe I updated the general order that
 3      Q.   Okay, and who informed you of that?               3   governs internal affairs that's based off of the
 4      A.   Reading the file, the detective's report.         4   Attorney General Guidelines.
 5      Q.   And what detective was that?                      5      Q.   Who makes the decision as to whether or not
 6      A.   Theriault --                                      6   an investigation actually starts by internal affairs?
 7      Q.   Who?                                              7      A.   I do.
 8      A.   -- I believe. Raymond Theriault.                  8      Q.   Does anybody else have the authority to
 9      Q.   Spell that for the court reporter.                9   actually initiate an investigation other than you as
10      A.   T-H-E-R-I-A-U-L-T.                               10   chief of police?
11           MR. BARKER: His first name is really             11      A.   Define investigation.
12   Reynold.                                                 12      Q.   To actually have the -- to actually have
13      A.   Reynold, yeah. R-E-Y-N-O-L-D. Everybody          13   the internal affairs officer look into whether or not
14   calls him Ray.                                           14   discipline should be meted out against a member of the
15      Q.   What is the situation as it relates to           15   Egg Harbor Township Police Department.
16   prospective officers and their ability to be hired if    16      A.   My staff does have the authority to
17   they actually have any sort of a criminal record?        17   investigate things. If there is an internal affairs
18      A.   I don't understand your question.                18   investigation, that's solely mine.
19      Q.   Okay. Have you hired police officers since       19      Q.   And when you say your staff, what does your
20   you've been chief of police?                             20   staff consist of?
21      A.   Yes, sir.                                        21      A.   My captains, three captains.
22      Q.   Are police officers allowed to have a            22      Q.   Would those be demeanor type complaints
23   criminal record and be hired by Egg Harbor Township?     23   that they would be investigating as opposed to internal
24      A.   No, I do not believe they are.                   24   affairs, or what is the differentiation between what
25      Q.   Do you believe that has been the rule even       25   they're allowed to investigate and what would actually

                MURRAY - CATANIA              42                        MURRAY - CATANIA              44
 1   before you became chief of police, or would you not       1   be categorized as internal affairs?
 2   know?                                                     2      A.   They are tasked with doing a preliminary no
 3      A.   I would be guessing, assuming.                    3   matter what the complaint is. Let's say it's something
 4      Q.   At the time he was hired, did you know that       4   very serious like a criminal nature. Then they submit
 5   Officer Lancaster knew then Mayor McCullough?             5   a report to myself either verbally or written
 6      A.   Did I know when?                                  6   recommending or not recommending an internal affairs
 7      Q.   At the time he was hired --                       7   investigation, and I sometimes agree with them, and I
 8      A.   No.                                               8   sometimes don't.
 9      Q.   -- did you know that Officer Lancaster knew       9      Q.   Can you give me an average as to how many
10   Mayor McCullough?                                        10   active internal affairs investigations are ongoing in
11      A.   No, sir.                                         11   Egg Harbor Township at any one time?
12      Q.   Does Egg Harbor Township have an internal        12      A.   Unfortunately, it's hot or cold.
13   affairs department?                                      13      Q.   Okay.
14      A.   We have an Office of Professional                14      A.   You can go for a long period of time
15   Responsibility Department, which an internal affairs     15   without it.
16   person works out of that. A particular internal          16      Q.   Can you give me an idea on an annual basis
17   affairs office, no.                                      17   as to the number of internal affairs investigations
18      Q.   Does Egg Harbor Township follow the              18   there usually are on an annual basis?
19   Attorney General Guidelines as it relates to internal    19      A.   Approximately thirty or low forties.
20   affairs for the running of its professional office and   20      Q.   Are there any current investigations by
21   its internal affairs officer?                            21   internal affairs involving Officer Lancaster?
22      A.   Yes, sir.                                        22      A.   As of today?
23      Q.   Separate and part from the Attorney General      23      Q.   Yes.
24   Guidelines, have you promulgated any additional rules,   24      A.   No.
25   directives, et cetera, as it relates to the operation   25      Q.   Do you know of any internal affairs
```

MURRAY - CATANIA 45

1 investigations involving Officer Lancaster other than
2 the one we're here for today?
3 　A.　Any previous? I don't understand the
4 question.
5 　Q.　Sure. What I'm trying to find out is do
6 you know of any internal affairs investigations
7 involving Officer Lancaster where he was the target of
8 an internal affairs investigation other than the
9 incident involving Doug Stroby.
10 　A.　Yes.
11 　Q.　Okay. How many others are you aware of?
12 　A.　One other.
13 　Q.　And the one that you're aware of, did it
14 happen before or after the incident involving
15 Mr. Stroby?
16 　A.　After.
17 　Q.　And what was the nature of that
18 investigation?
19 　　　MR. BARKER: Objection. If it happened
20 afterwards, I suppose you want to know whether it's in
21 any way related to the --
22 　　　MR. MURRAY: Well, that's a talking
23 objection, Mr. Barker. You're not allowed to make
24 talking objections. You're allowed to object to the
25 form of question. If you're instructing him not to

MURRAY - CATANIA 46

1 answer, we will deal with that, but my question to him
2 is -- I want to know what happened with the
3 investigation of Lancaster after the incident with
4 Stroby.
5 　　　MR. BARKER: All right. Well, you can
6 refine the question or I'll direct him not to answer.
7 　　　MR. MURRAY: Okay. Read my last
8 question to him.
9 　　　(Whereupon, the previous question is
10 hereby read.)
11 　　　MR. MURRAY: That's the question.
12 　　　MR. BARKER: Okay. Don't answer it.
13 　　　MR. MURRAY: Okay. I'm going to make
14 an application to the magistrate. We'll be back here.
15 Just so you're aware, Mr. Barker.
16 　　　MR. BARKER: I know.
17 　　　MR. MURRAY: Okay.
18 　Q.　Has Officer Lancaster ever been
19 investigated because he was in a car with
20 Sergeant Monroe that was pulled over by the New Jersey
21 state police?
22 　A.　No, he was not.
23 　Q.　Are you aware of such an incident?
24 　A.　During the course of this litigation, I
25 heard word of it.

MURRAY - CATANIA 47

1 　Q.　Okay. Other than in the course of this
2 litigation, in the course of your role as chief of
3 police of Egg Harbor Township, have you ever heard of
4 it?
5 　A.　When I was aware -- made aware of it
6 through this litigation process.
7 　　　MR. BARKER: Is that something through
8 counsel, through our law firm?
9 　　　THE DEPONENT: Yes.
10 　　　MR. BARKER: Don't answer.
11 　Q.　Don't tell me anything about any
12 conversations you've had with Mr. Barker's law firm.
13 What I'm asking you for is in your role as chief of
14 police, other than through attorneys, did you become
15 aware of any incident involving Sergeant Monroe and
16 Mr. Stroby being in a vehicle that was pulled over by
17 the New Jersey State Police or any other law
18 enforcement agency?
19 　A.　I don't understand the question.
20 　　　THE DEPONENT: If I heard it from you,
21 I can't --
22 　Q.　Correct. In other words, from anybody
23 other than attorneys have you heard that?
24 　A.　No.
25 　Q.　Okay. Have you looked into that based upon

MURRAY - CATANIA 48

1 knowing about it through this litigation?
2 　A.　Yes.
3 　Q.　Is that the internal affairs investigation
4 that was pending other than the Stroby one or another
5 one?
6 　A.　No.
7 　Q.　Okay. In terms of the internal affairs
8 investigation that did take place involving Lancaster
9 other than the Stroby incident, who was the complainant
10 in that case?
11 　　　MR. BARKER: Objection. Aren't you
12 going back into the same thing that I objected to and
13 told him not to answer?
14 　　　MR. MURRAY: I'm not -- I asked him
15 what the nature of the investigation was. Now I'm
16 asking who the complainant was. That's a totally
17 different question.
18 　　　MR. BARKER: All right, but I still
19 think you're on the post event. So I'm going to direct
20 him not to answer it.
21 　Q.　Was the complainant a private citizen or a
22 member of the police department?
23 　　　MR. BARKER: Same objection. Don't
24 answer.
25 　Q.　Did Officer Lancaster receive any

## Page 49

MURRAY - CATANIA

1  discipline as it relates to -- as a result of that
2  investigation?
3          MR. BARKER: Objection. Same
4  objection. Don't answer it.
5      Q.  Can you tell me when in relationship to the
6  Lancaster incident that investigation took place?
7          MR. BARKER: You can answer that, if
8  you know.
9      A.  Six months ago.
10     Q.  So it would be definitely in the calendar
11 year 2009?
12     A.  Yes.
13     Q.  Did Lancaster miss any time from work as it
14 relates to that incident?
15         MR. BARKER: Same objection. Don't
16 answer.
17     Q.  Did that incident involve any type of an
18 altercation with a fellow officer?
19         MR. BARKER: Same objection. Don't
20 answer it.
21     Q.  Did that investigation involve Officer
22 Lancaster entering the home of any individual without a
23 warrant, court order, consent, or exigent
24 circumstances?
25         MR. BARKER: Same objection, don't

## Page 50

MURRAY - CATANIA

1  answer.
2      Q.  Who is the current internal affairs
3  officer?
4      A.  Right now it's vacant.
5      Q.  If you had an internal affairs
6  investigation that needed to be done right now, to whom
7  would you assign it?
8      A.  The captains or the patrol lieutenants.
9      Q.  How long has the position been vacant?
10     A.  Since we've had a staffing issue,
11 approximately seven months -- six months, seven months,
12 waiting for permission for promotion to fill it.
13     Q.  What's the rank of the internal affairs
14 officer?
15     A.  Going back to the officer assigned to the
16 Office of Professional Responsibility?
17     Q.  Right.
18     A.  Lieutenant.
19     Q.  And is that the promotion you're waiting
20 for now to fill it with a new lieutenant?
21     A.  Yes, sir.
22     Q.  And is that your choice to have it as a
23 lieutenant's position as opposed to a sergeant or
24 another rank?
25     A.  That's the position that was prior to me

## Page 51

MURRAY - CATANIA

1  coming in established by the previous chief that it be
2  staffed by a lieutenant.
3      Q.  Is that actually in the staffing
4  regulations of the office that it would be staffed by a
5  lieutenant, or is that simply a personal preference of
6  the chief?
7      A.  No. It's in the organizational chart.
8      Q.  Who was the internal affairs officer who
9  conducted the investigation involving the
10 Stroby/Lancaster incident?
11     A.  Lieutenant Hector Tavarez.
12     Q.  Is that the same internal affairs officer
13 who conducted the investigation of Lancaster and the
14 most recent one that happened within the last six
15 months?
16         MR. BARKER: Objection. I wasn't aware
17 that he said that there was an investigation actually
18 conducted in the last six months.
19         MR. MURRAY: I think he indicated
20 exactly that.
21         MR. BARKER: If he did, then that's
22 okay, and he can answer whoever the officer was. He
23 can identify that person.
24     Q.  Okay. The most recent internal affairs
25 investigation involving Lancaster --

## Page 52

MURRAY - CATANIA

1      A.  Yes, sir.
2      Q.  -- even though you've been instructed not
3  to answer what it involves, who actually conducted the
4  investigation?
5      A.  A captain.
6      Q.  And what captain was that?
7      A.  William Fair.
8      Q.  Was Fair assigned to do that by you, or did
9  he undertake that on his own?
10     A.  I assigned him.
11     Q.  And was that because there was no internal
12 affairs officer at that time?
13     A.  He is pulling double duty because he was
14 the lieutenant of Office of Professional Responsibility.
15 He took over for Lieutenant Tavarez, but then he was
16 promoted.
17     Q.  Who actually makes the decision on meting
18 out discipline based upon an internal affairs
19 investigation?
20     A.  I do.
21     Q.  Does the internal affairs officer actually
22 make recommendations as to whether or not discipline
23 should or should not be sustained based upon his or her
24 investigation?
25     A.  Not specifically. They give me a