[Doc. Nos. 25 & 26]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DOUGLAS CHARLES STROBY,<br><br>            Plaintiff,<br><br>       v.<br><br>EGG HARBOR TOWNSHIP, et al.,<br><br>            Defendants. | Civil No. 09-698-JEI-KMW |

## ORDER

THIS MATTER having come before the Court by way of motion of Plaintiff, Douglas Charles Stroby, seeking to discover facts, information and/or documents of an internal affairs investigation in which Defendant Officer Jeffrey Lancaster was a target subsequent to his alleged altercation with Plaintiff; and the Court having held a telephone conference, on the record, on May 28, 2010 wherein the Court rendered its decision with regard to the pending motions; and the Court noting the following appearances: Arthur J. Murray, Esquire for Plaintiff; A. Michael Barker, Esquire for Defendants Egg Harbor Township and Chief Blaze Catania; and Michele C. Verno, Esquire for Defendant Officer Jeffrey Lancaster;  and

THE COURT NOTING that Defendants filed a motion seeking *in camera* inspection of the documents relating to the internal affairs investigation; and the Court having entered an Order on April 14, 2010 granting the request for *in camera* inspection; and the Court

having reviewed the documents to determine their relevancy; and the Court having considered this matter pursuant to Fed. R. Civ. P. 78; and, for the reasons set forth on the record on May 28, 2010, the Court finds that any facts, information and/or documents relating to the internal affairs investigation at issue herein are not relevant to the claims or defenses set forth in this case and will not lead to the discovery of admissible evidence.

Consequently,

IT IS on this 28th day of May 2010,

**ORDERED** that Plaintiff's motion to compel [Doc. No. 25] shall be, and hereby is, **DENIED**.  Plaintiff is not entitled to discover any facts, information and/or documents with regard to the internal affairs investigation at issue herein; and

**ORDERED** that Defendants' motion for an *in camera* inspection [Doc. No. 26] is hereby dismissed as moot as these documents have already been reviewed and the motion to compel has been denied.

                                       s/ Karen M. Williams
                                       KAREN M. WILLIAMS
                                       UNITED STATES MAGISTRATE JUDGE

cc: Hon. Joseph E. Irenas