EXHIBIT 6

## INTERNAL AFFAIRS INVESTIGATION DISPOSITION RECOMMENDATIONS

Date: October 15, 2008                                    File IA # 08-18

Recommended Disposition: Officer: Jeff Lancaster

```
_____ Unfounded
_____ Not Sustained
_____ Exonerated, Proper Conduct and Policy
_____ Exonerated, Proper Conduct, Policy Failure
  X    Sustained
```

Penalty Recommended: I recommend that charges be brought against Officer Lancaster

ALL REVIEWERS MUST SIGN AND ENTER DATE:

Reviewed By: Lt. Hector Tavarez  _[signature]_       Date: October 15, 2008
Forwarded To: Chief Catania                          Date: October 15, 2008
Comments:

Reviewed By: _____                  Date: _____
Forwarded To: _____                 Date: _____
Comments:

Reviewed By: _____                  Date: _____
Forwarded To: _____                 Date: _____
Comments:

Reviewed By: _____                  Date: _____
Forwarded To: _____                 Date: _____
Comments:

CHIEF OF POLICE - FINAL DISPOSITION:

I concur with the recommended disposition - sustained.

Date: 10/15/08
Comments: Charges forwarded to Lt. Woods. (Acting Captain)

EHT/ 00028

# Egg Harbor Township Police Department Internal Affairs

## Case Checklist and Summary Sheet

**IA Case #** 08-18  **Date received:** September 30, 2008

**Type of complaint:** Conduct Unbecoming an Officer, Leaving an Assigned Post, Violation of the Chain of Command, Simple Assault.

**Principal person(s):** Officer Jeff Lancaster

| | | |
|---|---|---|
| ☒ ☐ N/A | Complaint form completed |
| ☒ ☐ N/A | Prosecutor's Office notified |
| ☒ ☐ N/A | Citizen Information form given to complainant |
| ☐ ☐ N/A | Complaint information entered into computer/index file |
| ☒ ☐ N/A | Officer notified of complaint |
| ☒ ☐ N/A | Department reports received |
| ☐ ☒ N/A | Medical reports received |
| ☒ ☐ N/A | Photographs taken |
| ☐ ☒ N/A | Video tapes received |
| ☒ ☐ N/A | Communications tapes received |
| ☒ ☐ N/A | Interview of complainant |
| ☒ ☐ N/A | Interview of witnesses |
| ☒ ☐ N/A | Interview of officers |
| ☒ ☐ N/A | Special reports by officers received |
| ☐ ☒ N/A | Subject employee warnings |
| ☐ ☒ N/A | Interview of subject employee |
| ☐ ☒ N/A | Special report by subject employee |
| ☐ ☒ N/A | Evidence reports |
| ☒ ☐ N/A | Chronological record of investigation |
| ☒ ☐ N/A | Internal affairs investigation report |
| ☒ ☐ N/A | Officer notified of conclusion |
| ☐ ☐ N/A | Complainant notified of conclusion |

| Allegation | Conclusion |
|---|---|
| 1. Conduct Unbecoming an Officer  Simple Assault. | ☒ Sustained  ☐ Not Sustained  ☐ Unfounded  ☐ Exonerated |
| 2. Leaving an Assigned Post | ☒ Sustained  ☐ Not Sustained  ☐ Unfounded  ☐ Exonerated |
| 3. Violation of the Chain of Command | ☒ Sustained  ☐ Not Sustained  ☐ Unfounded  ☐ Exonerated |

**Date completed:** 10/16/08

**Disposition:** _____

11-74                                                                            1 1/2000(b)

EHT/ 00029

# EGG HARBOR TOWNSHIP POLICE DEPARTMENT

## NOTICE OF CHARGE AND HEARING

TO:  Officer Jeffrey Lancaster                           October 16, 2008
     Patrol Division
     I.A. #08-18

***TAKE NOTICE*** that the following charge is preferred against you for violation of the Egg Harbor Township Police Department General Orders, Rules and Regulations:

General Order 06-42 Standards of Conduct

Section IV. A 2. Conduct unbecoming an officer: Officers shall not engage in any conduct on or off duty that reflects discredit on the officers, tends to bring this agency into disrepute, or impairs the efficient and effective operation.

3.1.6 Officers shall conduct themselves in accordance with high ethical standards, on and off duty.

6:2.19 Conduct subversive of good order and discipline of the department.

4.6.3 Prohibited Activity on Duty. Employees who are on duty are prohibited from engaging in activities which are not directly related to the performance of their duty.

4.10.1 Courtesy. Employees shall be courteous and orderly in their dealings with the public. They shall perform their duties politely, avoiding profane language, and shall always remain calm regardless of provocation.

4.9.5 Radio Discipline. Employees operating the police radios shall strictly observe the procedures and restriction for such operations as set forth in department policy ( Police Communications Policy 08-04 Section III. B 10 and 11).

3.1.4 Be accountable and responsible to their supervisors for obeying all lawful orders.

4.1.3 Obedience to Laws and Rules. Employees shall obey all laws, ordinances, rules, policies, and procedures and directives of the department.

Chain of Command

General order 08-34 Organizational Structure and 06-02 Employee Job Description- violation of the chain of command

Section III. H The patrol officer is under the direction of a police Sergeant.

Notice of Charge and Hearing
I.A. #08-18 Officer Jeffrey Lancaster
Page 2 of 2

Specifically, on September 30, 2008 approximately 1500hrs, you left your post at the Motor Vehicle Commission before being physically relieved. You then failed to sign back in service, code 10-8, and went to Commerce Bank to conduct personal business. You failed to sign out at the bank, code 10-6, or ask for a 6B. Besides being against radio procedures, this is a dangerous practice, if a bank robbery occurred no one would know that you were in the bank. Again, you failed to clear from the bank, and then made a decision knowingly that your shift was ending and were to return to the police station, you went to the home of a civilian, Douglas Stroby 33 Marsh Drive, in Egg Harbor Twp. to confront him about a personal issue while on duty and in uniform in violation of your chain of command and radio procedures. According to Mr. Stroby, you entered his home uninvited, a verbal and a physical altercation broke out between you and Doug Stroby. Both of you sustained injuries. After the altercation ended, you left the home and discovered you had picked up the wrong sun glasses. Again, according to Mr. Stroby, against his direct orders for you to wait outside while he retrieved your sun glasses, you re-entered his home. After getting your glasses, you left the Stroby property and then reported the incident to Lt. Woods bypassing your immediate supervisor, Sgt. Romantino.

You must enter a plea of guilty or not guilty, in writing, on or before October 27, 2008. You may request a hearing. If a hearing is requested it will be held on November 4, 2008, at 10:00 a.m. in the office of the Chief of Police. If you are found guilty at that time, the penalty will range from a sixty day suspension without pay to dismissal, removal from the Emergency Response Team, and mandated anger management training.

Should you wish to waive your hearing, the penalty will be a 60 day suspension without pay, suspension from the Emergency Response Team for 9 months and mandatory anger management training.

By: _____
Lieutenant John Woods
Acting Operations Bureau Commander

tj
_____

I hereby acknowledge service of the within charge(s) this __16__ day of __October__, 2008.

Signature: _____

==============================================================

SERVICE of the within charge(s) was made this __16__ day of __October__, 2008

By: _____

EHT/ 00032