EXHIBIT 16

Stroby v. EHT et al

# EGG HARBOR TOWNSHIP POLICE DEPARTMENT

Date Assigned: __October 22, 2002__

POSITION:  __Police Officer__

SUBJECT  Investigation of  __Jeffrey__                      __Allen__                   __Lancaster__
                              First                        Middle                     Last

TO  Criminal Investigation Division Commander

FROM  __Detective__      __Reynold__        __Theriault__               __1593__
         Rank            First            Last                    Badge #

---

## A/B   PERSONAL DATA and CITIZENSHIP INFORMATION

1.  Social Security No.: ████████████████                          EXH # __1__

    Other names used (maiden, etc.) _____ __N/A__ _____
                                          First        Middle          Last

2.  Date of Birth: ██████████  Place of Birth: __Atlantic City__        __New Jersey__
                   Month -Day -Year                City            State      Country

    a.  Birth Certificate  ☒  Attached                              EXH # __2__

    b.  If naturalized:  ☐ Papers Attached  ☐ Not Attached If not, explain:  EXH #____
                                                        __N/A__

3.  Height: __6'0"__   Weight: __190__   Eye Color: __Blue__   Hair Color: __Blonde__

    Scars, marks or tattoos  __none__

4.  Verification of Voter Registration

    a.  County and State: __Atlantic County__   __New Jersey__   ( __609__ ) █████████  ☐Yes ☒ No
                                                                    Phone No

    b.  Contact Person: __Betty Grieco__        __Atlantic County__ Board of Elections
                         Last Name                First Name                      Title

    c.  Applicant explanation if not registered:

    _____

    _____

    _____

5.  Web Site Address: _____ __none__ _____   EXH # ____

Page 1

EHT/000440

Applicant No.: __Jeffrey Lancaster__

C.   SOCIAL STATUS

1.   Marital Status:  ☒ Single  ☐ Married  ☐ Divorced  ☐ Separated  ☐ Engaged  ☐ Widow/Widower

2.   Wife's maiden/Husband's name (include previous marriages):                    EXH # ____

   N/A

   _____        _____
   Name                                                        Date of Marriage

   _____        _____
   Name                                                        Date of Marriage

3.   Date(s) of Divorce/Separation      N/A          County _____

                                                     County _____

   ☐ Legal papers attached  ☐ Not attached.

                                                     E.XH# ____

   If not, explain: _____

4.   Spouse's Occupation: _____

5.   Dependents:

   Tyler J. Lancaster _____    1    ___  son _____
   Name                                      Age       Relationship

   _____    ___  _____
   Name                                   Age   Relationship

   _____    ___  _____
   Name                                   Age   Relationship

6.   Date of Applicant Interview:    October 24, 2002       Time: _____

7.   Location of Applicant Interview      Egg Harbor Twp. Police Dept.

EHT/000441

8. Interviews

   a. Relative's Comments of the APPLICANT:       Applicant No.: Jeffrey Lancaster

                                                            Favorable   Unfavorable   No Comment

     1. Mother:   Lancaster    Ruth                ☒        ☐         ☐

                 Last name      First Name

       Date of Interview:   10-30-02

                     Month, Day,    Year

       If Unfavorable, or No Comment; Provide Explanation:

_____

_____

_____

_____

_____

                                    Favorable Unfavorable No Comment

     2. Father: Lancaster    George             ☐        ☐      ☒

              Last name       First Name

       Date of Interview:    N/A

                     Month, Day,    Year

       If Unfavorable, or No Comment; Provide Explanation:

                     The applicants father is deceased.

_____

_____

_____

_____

                                  Favorable   Unfavorable   No Comment

     3. Spouse: FIANCEE- Neill   Stephanie       ☒        ☐         ☐

              Last name           First Name

       Date of Interview:   11     04     02

                     Month,    Day,    Year

       If Unfavorable, or No Comment; Provide Explanation:

_____

_____

_____

_____

EHT/000442

Stroby v. EHT et al

Applicant No.: <u>Jeffrey Lancaster</u>

Relative Comments: (Continued)

4. <u>Sister</u>        <u>Martyn</u>              <u>Donna</u>              Favorable   Unfavorable   No Comment
   Relation        Last name              First Name            ☒            ☐              ☐

   Date of Interview: <u>10-30-02</u>
                      Month,    Day,    Year

   If Unfavorable, or No Comment; Provide Explanation:

   _____

   _____

   _____

   _____

   _____

   _____

                                                      Favorable   Unfavorable   No Comment
5. _____  _____  _____     ☐            ☐              ☐
   Relation          Last name        First Name

   Date of Interview: _____
                      Month,    Day,    Year

   If Unfavorable, or No Comment; Provide Explanation:

   _____

   _____

   _____

   _____

   _____

   _____

Page 3A

EHT/000443

Stroby v. EHT et al

Applicant No.: Jeffrey Lancaster

b.   **Friends, Associates, and Current Dating Relationship:**

1.   Slusarski            Steve            friend
     Last Name            First Name       Relation

     Favorable ☒   Unfavorable ☐   No Comment ☐

     Date of Interview:  10    30    02
                        Month,  Day,  Year

     If Unfavorable, or No Comment; Provide Explanation:

_____

_____

_____

2.   Weldon              Paul             friend
     Last Name           First Name       Relation

     Favorable ☐   Unfavorable ☐   No Comment ☒

     Date of Interview:  10    30    02
                        Month,  Day,  Year

     If Unfavorable, or No Comment; Provide Explanation:

     Does not know the applicant well enough to provide a favorable or unfavorable comment

_____

_____

_____

EHT/000444

Stroby v. EHT et al

Friends, Associates, and Current Dating Relationship:

Applicant No.: Jeffrey Lancaster

3.  Reed   William                                      friend          Favorable    Unfavorable    No Comment
    Last Name              First Name        Relation        ☒            ☐              ☐
    Date of Interview:   10      30      02
                       Month,   Day,   Year

    If Unfavorable, or No Comment; Provide Explanation:

    _____

    _____

    _____

    _____

    _____

                                                        Favorable    Unfavorable    No Comment
4.  Neill              Thomas              father of fiancee    ☒            ☐              ☐
    Last Name              First Name        Relation
    Date of Interview:   10      30      02
                       Month,   Day,   Year

    If Unfavorable, or No Comment; Provide Explanation:

    _____

    _____

    _____

    _____

    _____

                        Page 4   A

## Stroby v. EHT et al

Applicant No.: <u>Jeffrey Lancaster</u>

Friends, Associates, and Current Dating Relationship:

3.  <u>Neill</u>            <u>Nancy</u>     Step Mother  of Fiancee      Favorable   Unfavorable   No Comment
    Last Name          First Name      Relation              ☒           ☐             ☐

    Date of Interview:  <u>10</u>       <u>30</u>      <u>02</u>
                        Month,     Day,     Year

    If Unfavorable, or No Comment; Provide Explanation:

_____

4.  <u>Jones</u>           <u>Margaret</u>  Fiancee's  Mother      Favorable   Unfavorable   No Comment
    Last Name          First Name      Relation              ☒           ☐             ☐

    Date of Interview:  <u>11</u>       <u>01</u>      <u>02</u>
                        Month,     Day,     Year

    If Unfavorable, or No Comment; Provide Explanation:

Page 4  <u>B</u>

Stroby v. EHT et al

Friends, Associates, and Current Dating Relationship:

Applicant No.: Jeffrey Lancaster

3.  Jones                    Frank    Step Father   of Fiancee          Favorable    Unfavorable   No Comment
    Last Name                First Name            Relation                 ☒             ☐            ☐

    Date of Interview:   11       01       02
                         Month,   Day,    Year

    If Unfavorable, or No Comment; Provide Explanation:

_____

_____

_____

_____

_____

4.                                                           Favorable    Unfavorable   No Comment
    Last Name              First Name           Relation        ☐             ☐            ☐

    Date of Interview:   _____
                         Month,   Day,   Year

    If Unfavorable, or No Comment; Provide Explanation:

_____

_____

_____

_____

_____

Page 4   C

Stroby v. EHT et al

D.   **RESIDENCE**

Applicant No.: <u>Jeffrey Lancaster</u>

Present Address:

1.  ▬▬▬▬▬▬
    <u>Full Address</u>              <u>City</u>      <u>State</u>      <u>County</u>      <u>Zip</u>

    Salvatore & Maria Camastra                              How long at address? 16 mos
    <u>Landlord Name</u>                    <u>Phone No.</u>

2.  With whom do you reside? Stephanie          A.          Neill          FIANCEE
    (if other than spouse/parents/sibling)     <u>First</u>          <u>Middle</u>      <u>Last</u>      <u>Relationship</u>

3.  Date: From June 1, 2001      to Present

4.  Neighbor Interviews/Present Address (at least two)

    a. Neighbor: Blair          Elsie                    Favorable   Unfavorable   No Comment
       <u>Last Name</u>          <u>First Name</u>      <u>Phone No.</u>      ☒          ☐          ☐

       Date of Interview: Oct.     29, 2002
                          <u>Month.</u>  <u>Day.</u>  <u>Year</u>

       ▬▬▬▬▬▬
       <u>Address</u>

       Next door neighbor.   Mrs. Blair lives on the south side of the applicant's property.
       <u>Location in Relation to Applicant's Address</u>

       If Unfavorable or No Comment, Provide Explanation:

    b. Neighbor: Putney,     Tom  & Chris                Favorable   Unfavorable   No Comment
       <u>Last Name</u>          <u>First Name</u>      <u>Phone No.</u>      ☒          ☐          ☐

       Date of Interview: 10-30-02
                          <u>Month.</u>  <u>Day.</u>  <u>Year</u>

       ▬▬▬▬▬▬
       <u>Address</u>

       Mr. and Mrs. Putney live south of the applicant next to Mrs. Blair.
       <u>Location in Relation to Applicant's Address</u>

       If Unfavorable or No Comment, Provide Explanation:

    c. Landlord: Camastra     Maria                      Favorable   Unfavorable   No Comment
       <u>Last Name</u>          <u>First Name</u>      <u>Phone No.</u>      ☒          ☐          ☐

       ▬▬▬▬▬▬
       <u>Address</u>

       Out of State                          Lease Agreement/Application:   <u>EXH#   3</u>
       <u>Location in Relation to Applicant's Address</u>      Date of Interview: Nov.   4, 2002
                                                                              <u>Month.</u>  <u>Day.</u>  <u>Year</u>

       If Unfavorable or No Comment, Provide Explanation:

Page 5

EHT/000448

Stroby v. EHT et al

Applicant No.: Jeffrey Lancaster

5.  Previous Neighbors Interviewed (Back 5 years, two neighbors per address)

10/99 to 5/01
(Dates (From - To)                    Applicant's Complete Address

a. Neighbor: Marika Gassus                      phone _____   Favorable ☒   Unfavorable ☐   No Comment ☐

Date of Interview: __11__   __04__   __02__
                    Month,   Day,   Year

_____
Address

Next door neighbor and landlord in duplex
Location in Relation to Applicant's Address

If Unfavorable or No Comment, Provide Explanation:

_____

_____

b. Neighbor: Flaviano  Derugeris              Phone _____   Favorable ☒   Unfavorable ☐   No Comment ☐

Date of Interview: __11__   __04__   __02__
                    Month,   Day,   Year

_____
Address

Directly behind the applicants residence.
Location in Relation to Applicant's Address

If Unfavorable or No Comment, Provide Explanation:

_____

_____

c. Neighbor: _____              Phone _____   Favorable ☐   Unfavorable ☐   No Comment ☐

Date of Interview: _____   _____   _____
                    Month,   Day,   Year

_____
Address

_____
Location in Relation to Applicant's Address

If Unfavorable or No Comment, Provide Explanation:

_____

_____

EHT/000449

Stroby v. EHT et al

Applicant No.: Jeffrey Lancaster

Previous Neighbors Interviewed (Back 5 years, two neighbors per address) Continued:

8/98 to 9/99 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
(Dates (From - To)    Applicant's Complete Address

a  Neighbor:  Liz Anne  Johnson                Phone _____    Favorable ☒   Unfavorable ☐   No Comment ☐

Date of Interview:  11      04      02
                    Month,  Day,   Year

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Address

Directly across the street
Location in Relation to Applicant's Address

If Unfavorable or No Comment, Provide Explanation:

_____

_____

___  Neighbor: _____    Phone _____    Favorable ☐   Unfavorable ☐   No Comment ☐

Date of Interview: _____
                   Month,  Day,  Year

All other neighbors are seasonal homeowners and not present
Address

Location in Relation to Applicant's Address

If Unfavorable or No Comment, Provide Explanation:

_____

___  Neighbor: _____    Phone _____    Favorable ☐   Unfavorable ☐   No Comment ☐

Date of Interview: _____
                   Month, Day, Year

_____
Address

Location in Relation to Applicant's Address

If Unfavorable or No Comment, Provide Explanation:

_____

_____

Page 6   A

Stroby v. EHT et al

Applicant No.: Jeffrey Lancaster

Previous Neighbors Interviewed (Back 5 years, two neighbors per address) Continued:

6/95 to 7/98 �â–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆ
(Dates (From - To)     Applicant's Complete Address

a  Neighbor: Deborah  Lambert      Phone        Favorable ☒   Unfavorable ☐   No Comment ☐

   Date of Interview: 11        04        02
                      Month,    Day,      Year

   Address ██████████████████
   Across the parking lot
   Location in Relation to Applicant's Address
   If Unfavorable or No Comment, Provide Explanation:

   _____

b  Neighbor: Art  Rossi      Phone        Favorable ☒   Unfavorable ☐   No Comment ☐

   Date of Interview: 11        04        02
                      Month,    Day,      Year

   Address ████████████████
   Same building, 2 apartments down
   Location in Relation to Applicant's Address
   If Unfavorable or No Comment, Provide Explanation:

   _____

   Neighbor:            Phone        Favorable ☐   Unfavorable ☐   No Comment ☐

   Date of Interview:
                      Month,    Day,      Year

   Address
   Location in Relation to Applicant's Address
   If Unfavorable or No Comment, Provide Explanation:

   _____

Page 6 ___ B

EHT/000451

Stroby v. EHT et al

**E.**     **EDUCATION and INTERN STUDY PROGRAMS**

Applicant No.: Jeffrey Lancaster

1.     Colleges

a.
| Name | Dates Attended | Major/Degree | Total Credits | GPA |
|------|----------------|--------------|---------------|-----|
| Atlantic Cape Community College | Spring 1994 & Fall 1996 | Accounting | 21 | 2.37 |
| Essex Community College | Spring & Fall 1994 | | 12 | 1.66 |
| Farleigh Dickinson University | Fall 1993 | | 3 | 0.5 |
| | | | | |

b.     College Transcript attached?     ☒ Yes ☐ No          EXH #     4

If no, explain: _____

c.     Fraternity/Sorority/Collegiate Teams/Clubs/Organizations:

Farleigh Dickinson University Lacrosse                     Good Standing: ☐ Yes ☐ No
Name                                    Contact Person

If no, explain: _____

d.     Academic, Attendance, or Disciplinary Problems (College)?
Problems (college)?                                    ☒ Yes ☐No

Applicant's Explanation and Investigator's Comments:

The applicant explained his academic problems at Farleigh Dickinson University by saying that he left

the school several weeks prior to final exams due to his father passing away. The applicant states that

the three grades of F that he received due to this should have been grades of incomplete.

_____

_____

_____

2.     Professional licenses or certificates (i.e., real estate, law, teaching, trade, EMT, etc.)-

a.     none
| Name | Dates Attended | Prof License/Certification | EXH # |
|------|----------------|----------------------------|-------|

b.
| Name | Dates Attended | Prof License/Certification | EXH # |

c.
| Name | Dates Attended | Prof License/Certification | EXH # |

d.
| Name | Dates Attended | Prof License/Certification | EXH # |

EHT/000452

Stroby v. EHT et al

**3.   High School**

Applicant No.: Jeffrey Lancaster

a.   Egg Harbor Township High School          From: Fall 1989   To: Spring 1993

b.   _____          From: _____   To: _____

c.   _____          From: _____   To: _____

d.   _____          From: _____   To: _____

e.   Academic, Attendance, or Disciplinary Problems (High School)?          ☐ Yes   ☒ No
     Problems (college)?

     Applicant's Explanation and Investigator's Comments:

     _____

     _____

     _____

     _____

f.   High School Transcripts attached:          ☒ Yes ☐ No                    EXH# __5__

     If no, explain:

     _____

     _____

g.   Foreign Languages: 1. __none__          2. _____          3. _____
     *(Place check mark in appropriate box)*
              Read:          ☐                    ☐                         ☐
              Speak:         ☐                    ☐                         ☐
              Write:         ☐                    ☐                         ☐

EHT/000453

Stroby v. EHT et al

F/G   SELECTIVE SERVICE and MILITARY          Applicant No.: Jeffrey Lancaster

1.   Branch of Service

a.   ☒None ☐Army ☐Air Force ☐Navy ☐Marines ☐Coast Guard

☐Other _____

b.   Type of Discharge: _____ N/A _____ to _____
                                          Date      Rank              Dates of Service

c.   Military Record (DD214) attached? ☐Yes ☒No                    EXH# _____

d.   Problems during military? ☐Yes ☐No    If yes, explain:
     _____ Not applicable
     _____
     _____
     _____
     _____

2.   Selective Service Registration Number: 7505568084    Confirmed by Investigator? ☒Yes ☐No

     *To Confirm Selective Service Registration Call:* **1-847-688-6888**

EHT/000454

Stroby v. EHT et al

H.   **EMPLOYMENT**

Applicant No.: Jeffrey Lancaster

1.   List all employers, present to the age of 18, in order:

a.   One Stop Car Audio                         Salesman                    Aug. 1997 to present
     Company Name                               Occupation/Title            Dates Employed
     Robert Lancaster                           Sales  Manager
     Immediate Supervisor                       Title                       ☒ Favorable  ☐ Unfavorable  ☐ Employment Verified Only

     Date of Interview: October 30, 2002
                        Month, Day,   Year

     If Supervisor's Comments are Unfavorable or No Comment, Provide Explanation:

     _____

     _____

     _____

     _____

b.   William Wagner Construction               apprentice                  Sept. 1996 to July 1997
     Company Name                               Occupation/Title            Dates Employed
     William Wagner, Jr.                         Owner
     Immediate Supervisor                       Title                       ☒ Favorable  ☐ Unfavorable  ☐ Employment Verified Only

     Date of Interview: October 30, 2002
                        Month, Day,   Year
     If Supervisor's Comments are Unfavorable or No Comment, Provide Explanation:

     _____

     _____

     _____

c.   Precision Cars of Atlantic City           Salesman                    Oct. 1995 to Aug. 1996
     Company Name                               Occupation/Title            Dates Employed
     Linda Decasien                             Office  Manager
     Immediate Supervisor                       Title                       ☐ Favorable  ☐ Unfavorable  ☒ Employment Verified Only

     Date of Interview: 10      30      02
                        Month, Day,   Year
     If Supervisor's Comments are Unfavorable or No Comment, Provide Explanation:

     _____

     _____

     _____

     _____

EHT/000455

Stroby v. EHT et al

**EMPLOYMENT Cont'd.**

Applicant No.: Jeffrey Lancaster

\#____

Sussman Honda
Company Name

Larry Brodsky
Immediate Supervisor

Salesman
Occupation Title

Sales  Manager
Title

May 1995 to Sept. 1995
Dates Employed

Favorable ☐   Unfavorable ☐   Employment Verified Only ☒

Date of Interview: October   29, 2002
Month,   Day,   Year

If Supervisor's Comments are Unfavorable or No Comment, Provide Explanation:

_____

_____

_____

\#____

Company Name

Immediate Supervisor

Occupation/Title

Title

to
Dates Employed

Favorable ☐   Unfavorable ☐   Employment Verified Only ☐

Date of Interview: _____
Month,   Day,   Year

If Supervisor's Comments are Unfavorable or No Comment, Provide Explanation:

_____

_____

_____

\#____

Company Name

Immediate Supervisor

Occupation/Title

Title

to
Dates Employed

Favorable ☐   Unfavorable ☐   Employment Verified Only ☐

Date of Interview: _____
Month, Day,   Year

If Supervisor's Comments are Unfavorable or No Comment, Provide Explanation:

_____

_____

_____

EHT/000456

## Stroby v. EHT et al

Applicant No.: Jeffrey Lancaster

2.  Social/Labor/Fraternal Organizations:

Boy Scouts of America _____ na _____   Good Standing?  ☒Yes ☐No
Name                          Contact Person

Future Business Leaders of America _____ na _____   Good Standing? ☒Yes ☐No
Name                                     Contact Person

If no, explain:

The applicant was a member of the Boy Scouts while attending the Davenport School.

He was a member of the Future Business Leaders while attending Egg Harbor Township High School.

3.  Unemployment Compensation (or other federal, state or local benefits/assistance):

| Dates Received | Office Location | Benefit/Assistance Received | Weekly Amount |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |

4.  Applicant's Explanation of Unemployment or Unfavorable Supervisor's Comments:

N/A

EHT/000457

Stroby v. EHT et al

Applicant No.: Jeffrey Lancaster

5.     Previous written examination/application with Egg Harbor Twp. Police? ☒ Yes ☐ No

a.   12-15-2001 _____        _____ Class #        ☒ Yes ☐ NO        02-5491 _____
     Date of Test                                   Backgrd Invest.        Applicant #

b.   N/A _____        _____ Class 9        ☐ Yes ☐ No        _____
     Date of Test                                     Backgrd. Invest.        Applicant #

☐   Check here if additional applications, see continuation page _____

6.     Previous written examination or official application with any other
       police agency? ☐ Yes ☒ No

| | | | | Application submitted | Obtained Yes No | |
|---|---|---|---|---|---|---|
| Date | Organization | | | ☐ | ☐ ☐ | EXH#_____ |
| City | State | Current Status | | | | |
| Date | Organization | | | ☐ | ☐ ☐ | EXH#_____ |
| City | State | Current Status | | | | |
| Date | Organization | | | ☐ | ☐ ☐ | EXH#_____ |
| City | State | Current Status | | | | |
| Date | Organization | | | ☐ | ☐ ☐ | EXH#_____ |
| City | State | Current Status | | | | |
| Date | Organization | | | ☐ | ☐ ☐ | EXH#_____ |
| City | State | Current Status | | | | |
| Date | Organization | | | ☐ | ☐ ☐ | EXH#_____ |
| City | State | Current Status | | | | |
| Date | Organization | | | ☐ | ☐ ☐ | EXH#_____ |
| City | State | Current Status | | | | |
| Date | Organization | | | ☐ | ☐ ☐ | EXH#_____ |
| City | State | Current Status | | | | |
| Date | Organization | | | ☐ | ☐ ☐ | EXH#_____ |
| City | State | Current Status | | | | |

☐  Check here if additional applications, see continuation page _____

Page 12

EHT/000458

Stroby v. EHT et al



Applicant No <u>Jeffrey Lancaster</u>

7.   Derogatory information found in other police agency applications:

The applicant withdrew his previous application with this agency due to residency concerns.

8.   Firearms: Applicant owns/possesses:   ☐ Yes   ☒ No                    EXH#_____

a. <u>none</u>
   NJ Firearms I. D. Card 4                    Firearms Dealer License No.                    Issuing Agency

b.   Serial Number      Make/Importer      Model      Caliber/Gauge How Obtained, Permit Number
   <u>none</u>

Page 13

EHT/000459

## Stroby v. EHT et al

I.   **FINANCIAL**                                         Applicant No.: Jeffrey Lancaster

1.   Credit History Check:     Derogatory Information ☒ Yes     ☐ No     EXH# _____

If Yes, Provide Information

The applicant has been the target of 4 civil liens.  Three of the liens have been satisfied and the applicant is

current on his payments on the fourth lien.

_____

_____

_____

_____

2.   Liens, judgments, civil litigation: ☒ Yes ☐ None      EXH#      6
     *-If yes, explain in Section "F. "*

3.   Assets

   a.   List current accounts (include CD's, bank certificates, all investments, credit union, etc.)

| Saving/Checking/Other | Bank Name | Balance |         |
|-----------------------|-----------|---------|---------|
|                       |           |         | EXH#   7 |
| #                     |           |         | EXH#   8 |
| #                     |           |         | EXH# _____ |
| #                     |           |         | EXH# _____ |
| #                     |           |         | EXH# _____ |

        ☐       **Check here if additional Financial Assets, See Continuation Page:**

4.   Federal Income Tax Return and W-2 Form                    EXH#      9

Page 14

EHT/000460

Stroby v. EHT et al

Applicant No.: Jeffrey Lancaster

5.    Debts

a.    List current obligations per month:

| | | | | |
|---|---|---|---|---|
| Rent/Mortgage | $ ███ | Child Support | $ | N/A |
| Car Payment | $ ███ | Insurance | ████ | |
| Phone | $ ███ | Student Loan | $ | N/A |
| Utilities | ████ | Other Loans (identify) | $ | |
| Credit Cards | $ ███ | Other Payments (identify) | ████ | |
| Food | $ ███ | Other Payments | $ | |
| *Other-Identify* | | | | |
| | | Total Monthly Payments | ████ | |

b.    Salary of Applicant: _____ Annual Net    ████ Monthly Net

c.    Salary of Spouse: _____ Annual Net    ████ Monthly Net

d.    Combined Monthly Net Income ████    Total Monthly Payments ████

6.    Applicant's explanation of problems/concerns, and Investigator's Comments:

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

Page 15

EHT/000461

Stroby v. EHT et al

Applicant No.: <u>Jeffrey Lancaster</u>

J.    INTERPERSONAL / OTHER AFFILIATIONS

1.    Workplace, Society, Personal Relationships

a.    Has the applicant ever had problems or been alleged to have had problems dealing with persons of another race, ethnic origin, religious group, gender or sexual orientation? ☐Yes ☒No

If yes, explain:

b.    Has the applicant ever subjected or been alleged to have subjected others to harassment, discrimination or a hostile work environment? ☐Yes ☒No

If yes, explain:

c.    Has the applicant ever been involved in a personal relationship in which the applicant was threatened, assaulted or harassed by another, or where the applicant sought a domestic violence compliant, temporary restraining order, or final restraining order against another person? ☐ Yes ☒No

If yes, explain:

EHT/000462

Stroby v. EHT et al

Applicant No.: <u>Jeffrey Lancaster</u>

d.   Has the applicant ever been involved in a personal relationship in which the applicant threatened, assaulted or harassed another or had a domestic violence complaint, or temporary restraining order, or final restraining order, entered against him/her?   ☐ Yes   ☒ No

If yes, explain:

_____

_____

_____

_____

e.   Has the applicant ever been charged with, or accused of violating the civil rights of another person?
☐ Yes ☒ No

If yes, explain:

_____

_____

_____

f.   Does the Applicant have any affiliations with organizations that advocate the commission of acts of violence to deny others their constitutional rights, or overthrow the government of the United States or this state?

☐ yes ☒ No

If yes, explain:

_____

_____

_____

_____

EHT/000463

## Stroby v. EHT et al

K.    CRIMINAL ARRESTS, SUMMONS, ECT.

Applicant No.: Jeffrey Lancaster

1.    Criminal Record of Applicant              ☒ YES        ☐ NO

2.    The following were checked for any record:                    EXH.# __11__

☒ NJSP CCH          ☒ N.C.I.C. / S.C.I.C.              ☐ FBI/DEA - Newark, New Jersey
☒ EHTPD CCH         ☐ Casino Gaming Bureau            ☐ NJ Division of Criminal Justice
☒ EHTPD Expungement File  ☒ F.B.I. III                ☐ State Commission of Investigation
☒ Juvenile          ☒ NJ Domestic Violence Registry  ☒ N.J. Wanted Persons System
                    ☒ Automated Criminal System (ACS)
                    ☒ Family Automated Criminal Tracking
                      System (FACTS)

3.    Police Reports Attached? ☒ Yes ☐ No                  EXH # __10__

4.    Applicant Explanation of Criminal Record(s) and Investigator's Derogatory Findings:    ☐ None

Police report requested but not obtained from Horry County Police in South Carolina. The initial charge was

Lynching which is a simple assault in New Jersey. The applicant explained his arrest in South Carolina as a

result of a bar fight. He states that the fight was a result of him being in the bar with several others from up

North and a fight ensued with several others from the local town. When the applicant went to court, he paid

medical expenses for one of the victims and the charges were dismissed. This arrest does not appear on a

III criminal history check. *Records no longer available per Horry County*

*Records on 8/06 2083*

The applicant explained his juvenile arrest for Criminal Mischief in Egg Harbor Township in 1990 as a stupid

juvenile prank in which he learned his lesson and paid for damage he caused to the golf carts.


When the applicant was confronted about his juvenile arrest in Ocean City for Assault in 1992, he stated he

had forgotten about this arrest. When asked to explain the arrest, the applicant stated that he was involved in

a fight on the boardwalk in Ocean City. A review of the police report from the incident indicates that the

applicant was very uncooperative with the police during the investigation and provided false information to the

police.

EHT/000464

Stroby v. EHT et al

Applicant No.: Jeffrey Lancaster

5. List local agencies checked (prosecutor/sheriff/local police/campus security): *Include full name of contact person.*

| Agency | Contact | Agency | Contact |
|---|---|---|---|
| Ocean City Police | Det. Morgan | | |
| Atlantic City Police | Ava Davenport | | |
| Ventnor Police | Det. Pettit | | |
| Hamilton Twp. Police | Disp. Kronk | | |
| Baltimore County Police | Officer Kreitz #4192 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

EHT/000465

## Stroby v. EHT et al

Applicant No.: Jeffrey Lancaster

**L.   MOTOR VEHICLE**

1.   Driver's License          Number                    State    Exp. Date

a.      Current: ▮▮▮▮▮▮▮▮▮            NJ      Aug. 2004        EXH#   12

b.   Other Driver's License Information:

                                                                    EXH#

                                                                    EXH#

c.   Current Status:  In Good Standing          Endorsements:      M

d.   Number of Accidents:       1            Restrictions:      N/A        EXH#   13

e.   Number of Summonses:                    Current Number of Points:    0
     *(Exclude Parking Summonses)*

                                             Total Number of Points:    18

f.   List Discrepancies Found Between the Motor Vehicle Abstract and "L. Motor Vehicle History" Section
     of the Applicant's Questionnaire.  ☐ None

     The applicant failed to list two motor vehicle summons issued by this department on 4-18-96.  The summons

     were for being an unlicensed driver and failure to obey a directional signal.


2.   List Vehicles Presently Owned/Leased/Operated (but not owned)              EXH#   14

| Year | Make | Type/Color | Plate Number & State |
|------|------|------------|----------------------|
| 1998 | Ford  Expedition | SUV / White | ▮▮▮▮▮▮▮ |
| 2002 | Nissan Altima | 4 Door Silver | ▮▮▮▮▮ |

3.   Name of Vehicle Insurance Company:  State Farm ▮▮▮▮▮▮        EXH#   15

     Verified applicant is insured on policy of vehicle he/she operates? ☒ Yes ☐ No

EHT/000466

Stroby v. EHT et al

Applicant No.: Jeffrey Lancaster

M.  OTHER AFFILIATIONS

None

N.  OTHER INFORMATION

1.  ILLEGAL DRUG USE

|   |   | Yes | No |
|---|---|---|---|
| a. | Within the Last Year | ☐ Yes | ☒ No |
| b. | Within the Last 3 Years | ☐ Yes | ☒ No |
| c. | Within the Last 10 Years | ☐ Yes | ☒ No |
| d. | Within Lifetime | ☐ Yes | ☒ No |

e.  If YES to any of the above, provide explanation by Applicant and Investigator's Findings:

2.  DRUG TESTING POSITIVE TEST    ☐ Yes    ☒ No

3.  APPLICANTS DISCLOSURE OF CONFLICT OF INTEREST OR ADVERSE IMPACT.
IF YES, PROVIDE EXPLANATION BY APPLICANT.

☐ Yes    ☒ No

EHT/000467

## Stroby v. EHT et al

**O.**  **REFERENCES**                                    Applicant No.: Jeffrey Lancaster

1.  Name:  Slusarski                        Ann Marie                    ☒ Favorable ☐ Unfavorable
           Last Name                        First Name

    Occupation:  Administrative Asst.                    Length of Acquaintance:  19 Years

    Date of Interview:   November   1, 2002
                        Month,    Day,    Year

    If Unfavorable, Provide Explanation:

    _____

    _____

    _____

    _____

2.  Name:  Parker                          Stephen                     ☒ Favorable ☐ Unfavorable
           Last Name                        First Name

    Occupation:  Technician                              Length of Acquaintance:  15 years

    Date of Interview:   November   1, 2002
                        Month,    Day,    Year

    If Unfavorable, Provide Explanation:

    _____

    _____

    _____

3.  Name:  Lancaster                       Robert                      ☒ Favorable ☐ Unfavorable
           Last Name                        First Name

    Occupation:  Sore Manager for One Stop Car Audio     Length of Acquaintance:  6 years

    Date of Interview:   October   30, 2002
                        Month,    Day,    Year

    If Unfavorable, Provide Explanation:

    _____

    _____

    _____

Page 22

EHT/000468

## Stroby v. EHT et al

XIII.   SUMMARY OF INVESTIGATION

A.   AUTOMATIC DISQUALIFICATIONS

1.   ☐ YES   ☒ NO   The Applicant was convicted of an indictable offense, or is presently under indictment. An "indictable offense" is meant to include crimes designated as being the first, second, third, or fourth degree. The term includes those offenses which would constitute an indictable offense if committed in this State. This disqualifications applies to expunged convictions.

2.   ☐ YES   ☒ NO   The Applicant was convicted of any offense involving a "Controlled Dangerous Substance" as defined in N.J.S.A. 2C:35-2.

3.   ☐ YES   ☒ NO   The Applicant was convicted of any offense involving Domestic Violence. "Domestic Violence" means one or more of the following acts inflicted upon a person by the "Prevention of Domestic Violence Act of 1990." N.J.S.A. 2C:25-17 to 33: Homicide, Assault, Terroristic Threats, kidnapping, criminal restraint, false imprisonment, sexual assault, Criminal Sexual Contact, Lewdness, Criminal Mischief, Burglary, Criminal Trespass, Harassment, and Stalking.

4.   ☐ YES   ☒ NO   The Applicant was convicted of two or more offenses of Driving While Intoxicated, or was convicted of Driving While Intoxicated within the past five (5) years.

5.   ☐ YES   ☒ NO   The Applicant is currently on Probation or has been on probation at any time within the last twelve (12) months.

6.   ☐ YES   ☒ NO   The Applicant participated in a program of supervisory treatment or pretrial intervention under N.J.S.A. 2C:43-12, or an out-of-state equivalent.

7.   ☐ YES   ☒ NO   The Applicant's driving privilege is currently revoked in New Jersey or any other State.

8.   ☐ YES   ☒ NO   The Applicant is in default of payments on any payments on any debt that has been adjudicated by a court.

9.   ☐ YES   ☒ NO   The Applicant is currently in default of any payments for alimony or child support.

10.   ☐ YES   ☒ NO   The Applicant committed fraud in applying for or receiving any benefits administered by a federal, State or local, or local governmental agency.

11.   ☐ YES   ☒ NO   The Applicant has been dishonorably discharged from any branch of military service or law enforcement agency.

EHT/000469

Stroby v. EHT et al

A.    AUTOMATIC DISQUALIFICATIONS (CONTINUED)

12.    ☐ YES    ☒ NO    The Applicant was adjudicated to have committed an act of juvenile delinquency. (An act which if committed by an adult would constitute an indictable offense - as described in #1 above)

13.    ☐ YES    ☒ NO    The Applicant was adjudicated by a court, or found by an employer, to have violated any persons's civil rights as defined by the Constitution of the United States; the Constitution of the State of New Jersey; the New Jersey Law Against Discrimination; Title VII of the Civil Rights Act of 1964; the Civil Rights Act of 1967; the Equal Pay Act of 1963; the Employee Retirement Income Security Act of 1974; the Americans with Disabilities Act; the Conscientious Employee Protection Act; all claims under 42 U.S.C. 1983, 1985, and 1986; or any other federal, state, local statute, ordinance, constitution, regulation, or common law.

14.    ☐ YES    ☒ NO    The Applicant possessed or used marijuana/hashish within the last three years.

15.    ☐ YES    ☒ NO    The Applicant possessed or used any other illegal drug (including the use of anabolic steroids within the last ten years.

16.    ☐ YES    ☒ NO    The Applicant sold, manufactured, or distributed any illegal drugs at any time in the Applicant's life.

17.    ☐ YES    ☒ NO    The Applicant engaged in the unauthorized usage of any illegal drug while employed in a position of public trust.

18.    ☐ YES    ☒ NO    The Applicant was terminated or asked to resign from previous public office, position, or employment for misconduct involving or touching on such public office, position, or employment.

19.    ☐ YES    ☒ NO    The Applicant was convicted of an offense involving or touching on previous public office, position, or employment.

20.    ☐ YES    ☒ NO    The Applicant is a Fugitive From Justice.

21.    ☐ YES    ☒ NO    The Applicant, having been a citizen of the United States has renounced his citizenship.

Page 24

EHT/000470

Stroby v. EHT et al

A.    AUTOMATIC DISQUALIFICATIONS (CONTINUED)

22.   ☐ YES      ☒ NO      The Applicant is subject to a court order that

(1) was issued after a hearing of which such person received actual notice, and which such persons had an opportunity to participate;

(2) restrains such person from harassing, stalking, or threatening an intimate partner of such person or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; and

(3) includes a finding that such person represents a credible threat to the physical safety of such intimate partner or child or by its terms explicitly prohibits the use, or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury.

23.   ☐ YES      ☒ NO      The Applicant omitted, misstated, or falsely stated any information, in writing or orally, to the Division during the course of the application process. The Applicant will be disqualified for misrepresenting or omitting information which would constitute one of the above grounds for automatic disqualification. In the case of other omissions, misstatements or false statements, the Division will afford the Applicant an opportunity to explain the apparent misrepresentation.

**IF THE ANSWER IS "YES" TO ANY OF THESE AUTOMATIC DISQUALIFICATIONS, PROVIDE SUPPORTING DOCUMENTATION IN THE APPROPRIATE SECTION OF THIS REPORT.**

B.   The *"Work and School Experience Items"* have been reviewed. If there are any discrepancies between the applicant's responses and information uncovered through the investigation, check the "Yes" box and explain below. ☒ YES      ☐ NO

On page 8 of the applicants application, the applicant lists his GPA for Fairleigh Dickinson University as a 2.0

when in fact his GPA was a 0.5

EHT/000471

Stroby v. EHT et al

XIII. SUMMARY OF INVESTIGATION (Continued)     Applicant No.: Jeffrey Lancaster

C. Noteworthy information on Derogatory Findings. List Investigation Report page number, subtitle, and information uncovered. Include investigator findings on incomplete, inaccurate or falsified answers to questions by the Applicant on the Background Investigation Questionnaire.

| Page No. | Subtitle | Comments: |
|---|---|---|
| 7 | Education | See page 7 for academic problems |
| 14&15 | Financial | See Page 14 for financial problems |
| 18 | Arrests | See page 18 for the applicants arrest history |

Page 26

EHT/000472

Stroby v. EHT et al

## XIII. SUMMARY OF INVESTIGATION (Continued)

Applicant No.: <u>Jeffrey Lancaster</u>

C. Noteworthy information on Derogatory Findings. (Continued)

| Page No. | Subtitle | Comments: |
|---|---|---|
| | | |

Reynold Theriault  _____   1593   11-5-02
Investigator                                Badge #        Date

Detective SGT. _Davis_   Report reviewed by: _____   _1573_   Date: _11/5/02_
                                                          Badge #

Division Commander _Scull_   Report reviewed by: _____   _28_   Date: _11-5-02_
                                                          Badge #

Page 26A