EXHIBIT 17

Stroby v. EHT et al

*Richard Cohen*

**ASSOCIATES**
PSYCHOLOGICAL SERVICES
Richard Cohen, M.A., Director
N.J. Licensed Psychologist # SI 00809

2021 New Road • Suite 5
Linwood, N.J. 08221
(609) 653-2134
Fax (609) 653-6494

2848 S. Delsea Drive
Vineland, N.J. 08360
(609) 691-4334

Ramblewood Shopping Center
Suite 6
Mt. Laurel, N.J. 08054
(609) 235-8155
Fax (609) 235-8979

STAFF
Patricia Kenney, MSW, LSW
N.J. Licensed Social Worker # SL47646

Sandra Isaacs, Ph.D
N.J. Licensed Psychologist # SI002735

Donna M. Wiseman
Office Manager

## CONFIDENTIAL PSYCHOLOGICAL EVALUATION

Name: Mr. Jeffery Lancaster
Address:

Date of Evaluation: 11/25/02
Date of Birth:
Age: 27 years
Telephone:
Soc. Sec #:

### Reason for Referral:

Mr. Lancaster was referred for this comprehensive psychological evaluation by the Egg Harbor Township Police Department to determine his suitability for the position of patrolman.

### Assessment Methods:

Psychological History and Questionnaire
Wide Range Achievement Test – Revised
General Ability Measure for Adults (GAMA)
MMPI-2 Personnel Selection Report
Inwald Personality Inventory (IPI)
Police Officer Intake Interview

### Test Results:

Wide Range Achievement Test – Revised:

|  | Standard Score | Range |
|---|---|---|
| Reading | 112 | Above Average |
| Spelling | 97 | Average |
| Arithmetic | 95 | Average |

1

Stroby v. EHT et al

| GAMA | Subtest Score: | Standard Score: | Range: |
|---|---|---|---|
| Matching | 10 | | Average |
| Analogies | 11 | | Average |
| Sequences | 13 | | Above Average |
| Construction | 14 | | Superior |
| GAMA IQ SCORE: | | 112 | Above Average |

IMPORTANT NOTE:  This is an abbreviated version of a comprehensive psychological assessment.  The data is presented in this outline format as a convenience to the reader.  A psychological evaluation should not be used as a sole means of determining the applicant's suitability for employment. This confidential information should be utilized along with the applicant's background, past employment and physical abilities in making the final decision pertaining to success in a public safety position.

Background Information and Behavioral Observations:

HEIGHT: 6' 0"
WEIGHT: 170 lbs.
VISION: Good.
HEARING: Good
PHYSICAL/EMOTIONAL HEALTH: Reportedly good.
AFFECT: Mr. Lancaster was well oriented to person, place and time. He was cooperative and free from overt symptoms of psychopathology during the interview and personality assessment.
SPOUSE'S OCCUPATION: Engaged, will be married in 9/03.
DRUGS: Denied.
GAMBLING PROBLEMS: Denied.
ALCOHOL: Consumed on a social basis.
ARREST RECORD: Arrested as a college student when he was involved in a bar fight.  He was ticketed and the charges were dropped in court.
LITIGATION: None pending at this time.
MOTOR VEHICLE RECORD: No accidents or moving violations reported.
CONFLICTS:   Death of father form Cancer in 1994.
PHOBIAS: Denied.
DEPRESSION: Denied.
SUICIDAL IDEATION: Denied.
STEROID USE: Denied
PSYCHOLOGICAL AND PSYCHIATRIC REFERRALS:  Denied.

2

EHT/000389

## Stroby v. EHT et al

EXERCISE/RECREATION: Running, golf, football and jet skiing.

Education:

COLLEGE:   Atlantic Cape Community College (1996)
PROGRAM: Undeclared
CREDITS: 34

HIGH SCHOOL: Egg Harbor Township High School
GRADUATION DATE: June 1993

TYPE OF STUDENT: Average.

LEARNING DISABILITIES: None reported.

POLICE RELATED EDUCATION: None.

MILITARY EDUCATION/EXPERIENCE: N/A.
SPECIALTY: N/A.
DISCHARGE: N/A.

Experience:

PRESENT EMPLOYER: Today's Man Clothier
POSITION: Sales 10/02-present

OTHER EMPLOYMENT: One Stop Car Audio Inc.
POSITION: Sales 8/97-9/02

POLICE RELATED WORK EXPERIENCE: None.

CANDIDATE'S SELF-PERCEIVED STRENGTHS:

1. Ability to communicate with other people
2. Level headed
3. Physically fit and healthy
4. Highly motivated to succeed
5. Looking to contribute in a positive manner to his community

3

EHT/000390

Stroby v. EHT et al

WEAPONRY EXPERIENCE:   None.

DEADLY FORCE ISSUE: Mr. Lancaster's response reflects a self defense option.

MOST EFFECTIVE LAW ENFORCEMENT TOOL: The "mind" of the police officer.

PERFORMANCE DURING INTERVIEW: Average

Cognitive Functioning:

CAPACITY TO LEARN POLICE PROCEDURES: Mr. Lancaster possesses the requisite academic and cognitive abilities to perform the duties of a police officer.

Emotional/Personality Functioning:

VALIDITY OF ASSESSMENT: Mr. Lancaster adopted a response style that ranged from candid to defensive.  In selected areas, limited insight and strong concern for appearances may have impacted upon his thinking.   The following profile is considered an adequate representation of his current psychological adjustment. The findings should be compared with the background investigation and references from prior employers.

ACTING OUT BEHAVIOR MEASURES: Within normal limits. His driving record should be evaluated closely for prior infractions.

ATTITUDES AND TEMPERAMENT: Within normal limits.

INTERNALIZED CONFLICT MEASURES: Within normal limits.

INTERPERSONAL CONFLICT MEASURES: Within normal limits.

SOCIAL FACILITY: Good.

ADDICTION POTENTIAL: Low.

STRESS TOLERANCE:  Adequate.

4

EHT/000391

Stroby v. EHT et al

BEHAVIORAL STABILITY: Adequate.

DISCONSTRAINT: Average.

HOSTILITY:  Average.

INHIBITION OF AGGRESSION: Average.

EXPLOSIVE BEHAVIORS:  Within normal limits.

AUTHORITY PROBLEMS: Within Normal Limits.

NAIVETE:  Borderline.  He may be at risk for being manipulated by
    other people.

ALIENATION-SELF & OTHERS: Within normal limits.

EMOTIONAL ALIENATION:  None noted.

SOCIAL AVOIDANCE:  None noted.

IMPATIENCE:Average.

ABILITY TO HANDLE STRESS AND ANXIETY: Adequate.

ABILITY TO DEAL WITH OTHERS MATURELY: Adequate.

REACTIONS TO CRISIS SITUATIONS: Adequate.

ARGUMENTATIVE TOWARD AUTHORITY: Within Normal
    Limits.

IMPRESSION FORMATION: Makes an effort to maintain a
    good impression.

MMPI-2 CONTENT THEMES:

* He may be unusually sensitive to criticism

5

Stroby v. EHT et al



PREDICTION OF PUBLIC SAFETY PEFORMANCE RATING:

➤ **Low Risk for future performance difficulty \***
➤ Moderate Risk for future performance difficulty
➤ High Risk for future performance difficulty

WORK DYSFUNCTION THEMES: Based upon research conducted by the authors of the IPI, the following can be predicted:

- Mr. Lancaster will be late less than three times within the next year. (60% accuracy)
- Mr. Lancaster will have MORE than three absences within the next year. (61% accuracy)
- Mr. Lancaster will have ONE OR MORE disciplinary actions within the next year. ( 57% accuracy)
- Mr. Lancaster will not be terminated within one year. (67% accuracy)

   NOTE: Mr. Lancaster's psychological profile suggests that he is fundamentally well-adjusted and seems to have no emotional problems at this time. It should be kept in mind however that his approach to at least a portion of the assessment was rated as guarded and defensive.



6

EHT/000393

Stroby v. EHT et al



Conclusions:

Based upon a review of Mr. Lancaster's current psychological evaluation and barring additional unforeseen or unreported salient emotional indicators, his prognosis for experiencing success as an Egg Harbor Township police officer is considered to be Average at this time.

Glenn A. Martins M.A.
Public Safety Consultant
Licensed Professional Counselor
N.J.#1085

Richard Cohen, Director
NJ Licensed Psychologist
#SI00809

7

EHT/000394

Stroby v. EHT et al



RICHARD COHEN ASSOCIATES
LINWOOD, NEW JERSEY
08221
POLICE CANDIDATE PERFORMANCE RATING INDEX
FALL 2002
EGG HARBORTOWNSHIP POLICE DEPARTMENT
RE: Mr. Jeffery Lancaster
DOB: ▓▓▓▓▓▓▓



**CATEGORIZATION #1:   HIGHLY RECOMMENDED**
This rating index is applied to those candidates whose psychological profile does not reveal any evidence of emotional distress or background risk indicators that would inhibit their performance on the job as a police officer. This candidate is recommended for employment as a police officer without reservation.

**CATEGORIZATION #2:   AVERAGE **************
**This rating index is applied to those police officer candidates about whom there are few reservations regarding their ability to handle employment in a public safety position. No evidence of overt psychosis or character disorder is identifiable at this time.**

*CATEGORIZATION #3:   GUARDED AND CAUTIOUS ***
This rating index is reserved for those for those police candidates who have adopted a guarded and overly cautious approach to at least one portion of the psychological evaluation.   Predictions related to their future performance may be less reliable in selected modalities.*

CATEGORIZATION #4:   MARGINALLY AVERAGE
This rating index is reserved for those candidates in whom there is some question regarding background data, interview style or personality test results. Individuals in this category may demonstrate some difficulties in a public safety position.  Although acceptable at this time, their performance should be closely monitored during the probationary phase of employment.

CATEGORIZATION #5.   PSYCHOLOGICALLY UNFIT FOR DUTY
This rating index is reserved for those candidates tested who manifest overt indicators of psychological distress and would be considered "unfit for duty" in accordance with Civil Service guidelines in the state of New Jersey. Individuals with this type of profile are considered high risk for carrying a weapon and performing duties that will be required of them as a police officer.

EHT/000395