EXHIBIT 18

HARBOR TOWNSHIP POLICE DEPARTM[ENT]

Identification Number: JUVENILE 14-36

# ARREST REPORT

| Field | Value |
|---|---|
| 1. Complaint Number | |
| 2. Mun. Code | 0108 |
| 3. Phone Number | 927-5300 |
| 4. UCR | |
| 5. Prosecutor's Case Number | |
| 6. Department Case Number | 90-90732 |
| 7. Name (Last, First, Middle) | Lancaster, Jeffrey Allen |
| 8. Phone | [redacted] |
| 9. Alias – Nickname | Jeff |
| 10. Full Address | [redacted] |
| 11. Place of Birth | Atlantic City |
| 12. Date of Birth | [redacted] |
| 13. Age | 14 |
| 14. Sex | [redacted] |
| 15. Race | [redacted] |
| 16. Height | 5'11" |
| 17. Weight | 130 |
| 18. Hair | BLN |
| 19. Eyes | HZL |
| 20. Complexion | Light |
| 21. Marital Status | Single |
| 22. Other Descriptive Information | Braces, Right handed |
| 23. Driver's License Number | none |
| 24. Employer | Egg Harbor Township High School |
| 25. Occupation | Student – Grade 10 |
| 26. Social Security Number | Unk. |
| 27. Employer's Address | High School Drive |
| 28. Business Phone | |

## DETAILS OF ARREST

| Field | Value |
|---|---|
| 29. Arrest Date | 8-10-90 |
| 30. Time | 1227 |
| 31. Location of Arrest | Seaview Harbor Marina / Rt 152 |
| 32. Municipal Code | 0108 |
| 33. Crime | Criminal Mischief |
| 34. N.J.S. Statute | 2C:17-3a |
| 35. Arresting Officer | [illegible] |
| 36. Complainant's Name and Address | Bernie Cesario – General Manager, Seaview Harbor Marina |
| 37. Phone Number | |
| 38. Crime Date | 8-10-90 |
| 39. Time | 0230 |
| 40. Location of Crime | Seaview Harbor Marina / Rt 152 |
| 41. Municipal Code | |
| 42. Arrest Type | Juvenile |
| 43. Juvenile Status | TOT Parent |
| 44. Code | |
| 45. Miranda Warning – By Whom | No |
| 46. How Responded | N/A |
| 47. Own | Yes |
| 48. Multiple | |
| 49. Others | |
| 50. Printed | No |
| 51. Photo | No |
| 52. Prev. Rec. | No |
| 53. UCR – A.S.R. Reported Month/Year | |
| 54. Vehicle Information | None |

## BAIL HEARING

| Field | Value |
|---|---|
| 55. Date | |
| 56. Court | |
| 57. Judge/Authorized Person | |
| 58. Amount Bail | |
| 59. Results of Hearing | |
| 60. Code | |
| 61. Place Committed/Detained | |

## FINAL RESULTS

| Field | Value |
|---|---|
| 62. Date | |
| 63. Court | |
| 64. Judge | |
| 65. Verdict | |
| 66. Code | |
| 67. Disposition | |
| 68. Date | |
| 69. Code | |

## JUVENILE INFORMATION

* Ruth Lancaster

| Field | Value |
|---|---|
| 70. Parent/Guardian Contacted By | Ptlm. [illegible] |
| 71. Date | 8-10-90 |
| 72. Time | 1255 |
| 73. Released To | Ruth Lancaster |
| Relationship | Mother |
| 74. Full Address | [redacted] |
| 75. Date | 8/10/90 |
| 76. Time | 1315 |
| 77. Phone Number | [redacted] |
| 78. Parent/Guardian | Ruth Lancaster |
| 79. Full Address | [redacted] |
| 80. Phone Number | [redacted] |

89. Narrative: See Investigation Report

| Field | Value |
|---|---|
| 90. Name / Signature | [illegible] |
| 91. Badge Number | 158[?] |
| 92. Completed | Y |
| 93. Date of Report | 8-10-90 |
| 94. Reviewed | |

ARI.1 77

EHT/000511

96-20722

**SUPERIOR COURT OF NEW JERSEY
CHANCERY DIVISION, FAMILY PART
COUNTY OF** _____

The State of New Jersey, in the interest of:

JEFFREY LANCASTER

Mailing address: ███ (street)
███ (city) ███ (state) ███ (zip)
Residing in: ███ (township or municipality) Atlantic (region)
Telephone Number: (███)

Age: 14   Date of Birth: 8/11/75   Sex: M   AKA: Jeff

DOCKET NUMBER: FJ— __ - _____
JUVENILE ID #: FJ— __ - _____
Name & address of school (and grade) or employer:
EHT H.S.
10th grade

Race: W   Height: 5'1"   Weight: 130
1 caucasian; 2 black; 3 hispanic; 4 asian/oriental; 5 american indian; 6 other; 7 unknown.
Color of Eyes: blue   Color of Hair: bld

## COMPLAINT—JUVENILE DELINQUENCY

The undersigned complainant: Bernie (first name) Cesario (last name)
of General Manager (identify department or agency) residing at Seaview Harbor Marina (address)
upon oath alleges to the best of his/her information and belief that:

1. The parent(s) or guardian of the above-named juveniles are Ruth (first name) Lancaster (last name)
   Same (address)   Same (telephone)   Mother (relationship)

2. If the above-named juvenile is not residing with parent or guardian, he/she is residing with:
   _____ (name) _____ (address) _____ (telephone) _____ (relationship)

3. The above-named juvenile is alleged, upon (X) personal knowledge, ( ) information supplied by others, to be delinquent in that, on or about ___ (day) 5-10 (date) ___ (time), 19 __ the above-named juvenile [set forth facts regarding time, manner, place, and the essential elements of the alleged act(s)]:

   WITHIN THE JURISDICTION OF THIS COURT DAMAGE TANGIBLE PROPERTY
   OF ANOTHER SEAVIEW HARBOR MARINA
   (list owner or proprietor if know)
   TO WIT:— GOLF CART + RAILING   (PURPOSELY)(RECKLESSLY)
   (describe property)
   (B) MONEY DAMAGE IN EXCESS OF $500.00   (C) MONEY DAMAGE LESS THEN $500.00
   IN VIOLATION TO N.J.S. 2C:17-3 ( )

These facts, if established, would constitute juvenile delinquency under N.J.S.A. 2A:4A-23 in that if committed by an adult, the act(s) would constitute a violation of:

_____
List Statute(s) and/or Ordinance(s)

Sworn and subscribed to before me
at _____ on _____, 19____

_____   _____
Signature of Clerk or other Authorized Person   (Signature of Complainant)

**OTHERS ALLEGEDLY INVOLVED**

| Name | Address | Telephone |
|------|---------|-----------|
|      |         |           |

**WITNESSES TO BE CALLED**

| Name | Address | Telephone |
|------|---------|-----------|
|      |         |           |