EXHIBIT 19

# OCEAN CITY POLICE — UNIFORM INVESTIGATION REPORT

| Department | NJS Code | UCR Code | Case Number |
|---|---|---|---|
| Ocean City Police | 0508 | | 92-11406 |

| Crime | NJS | Victim | Race | Sex | Age |
|---|---|---|---|---|---|
| Assault | 2C:12-1 | Robert King | W | M | 19 |

| Date and Time | Hour | D-WK | MTH | DAY | YEAR | Home Address · City · State | Phone |
|---|---|---|---|---|---|---|---|
| Between X | 1:05 AM | | 3 | 8 | 19 92 | [redacted] until 8/29/92 | NJ 08042 |

| Location | Employer / School | Business Phone |
|---|---|---|
| 800 Blk of Boardwalk | Rutgers College | |

| Municipality | County | NJS Code | Person Reporting Crime | Date and Time |
|---|---|---|---|---|
| Ocean City | Cape May | 0508 | VICTIM | 8/19/92 1:05 AM |

| Type of Premises | Case | Weapons · Tools | Code | Address | Phone |
|---|---|---|---|---|---|
| Bdwk | | Physical | 30 | Same as Above | 228 6075 |

**How Attacked or Entered:** Accused & unk others assaulted Victim.

| Weather | Status Crime | Status Case |
|---|---|---|
| Clear | Cl by Arrest | Court |

| Number of Accused | Adult | Juvenile | Race | Sex | Date of Birth |
|---|---|---|---|---|---|
| 1. JEFFREY ALLEN LANCASTER | | | W | M | [redacted] |

Phone: [redacted]   PARENTS: George & Ruth Lancaster

The Undersigned along with other officers were called to the 800 Block of the Boardwalk as an assault had taken place. Upon arrival the victim was laying on the ground, bleeding from the nose and mouth. The victim being ROBERT KING. There were several females and one male at the scene. The other male was SCOTT VITTIMA, of 110 Locus Street, Turnersville, NJ. SCOTT gave the description of a blonde male wearing a black and blue striped shirt and about six foot tall. He stated ROBERT and he were standing with the girls and the other group had been standing across from them for about thirty minutes. One of the other group came over and grabbed SCOTT whereas ROBERT stood close to the person and said, "What are you doing to my friend". At this point the described blonde male struck ROBERT in the mouth. ROBERT furthered he was kicked and punched in the eye and nose. ROBERT refused any medical attention.
OFFICER LAURA LINDEN stopped a described male at 6th Street, near the tennis court, later identified as JEFFREY LANCASTER. Both the girls, and SCOTT and ROBERT identified him as an assailant. JEFFREY was charged by ROBERT with Assault. JEFFREY was not cooperative and gave the wrong number for his parents. He was arguementive. He was arguementive and antagonistic with his mother upon her arrival. JEFFREY was released to his mother at 2:55 AM.
ROBERT had left with his friends who are staying until August 29, 1992 at 124 Central, rear. Robert will then be attending Rutgers. He can be reached via his parents at the above Turnersville address, 6 Cambridge Street. JEFFREY had skinned knuckles and knees which he stated he got from falling.

| Type Name | Badge Number | Page | Date of Report |
|---|---|---|---|
| Ptl. Carter Leidy | 67 | 1 of 1 | 8/19/92 |

Signature: Ptlm. C. Leidy

EHT/000559

C# 1/4/96

**SUPERIOR COURT OF NEW JERSEY**
**CHANCERY DIVISION, FAMILY PART**
**COUNTY OF** _____

FAMILY

The State of New Jersey, In the Interest of:
JEFFREY ALLEN LANCASTER

Mailing Address: ████████

(city) (state) (zip)

Residing in: ████████ (township or municipality) (region)

Telephone Number: ████████

Age: 17   Date of Birth: ████   Sex: M   AKA: _____

DOCKET NUMBER: FJ— _____

JUVENILE ID #: FJ— _____
Name & address of school (and grade) or employer:
EHT High School
Grade 12

Race: W   Height: 5'11   Weight: 145
1 caucasian; 2 black; 3 hispanic; 4 asian/oriental; 5 american indian; 6 other; 7 unknown.

Color of Eyes: Blue   Color of Hair: Blonde

**COMPLAINT—JUVENILE DELINQUENCY**

The undersigned complainant: Robert King (first name) (last name)

of _____ (identify department or agency) residing at 6 Cambridge St, Turnersville, NJ 080__ (address)

upon oath alleges to the best of his/her information and belief that:
1. The parent(s) or guardian of the above-named juveniles are George & Ruth Lancaster
(first name)    (last name)
(address)   (telephone)   Parents (relationship)

2. If the above-named juvenile is not residing with parent or guardian, he/she is residing with:
(name)   (address)   (telephone)   (relationship)

3. The above-named juvenile is alleged, upon (X) personal knowledge, ( ) information supplied by others, to be delinquent in that, on or about WEDS (day) 8/19/92 (date) 1:05 AM (time), 19 92 the above-named juvenile

[set forth facts regarding time, manner, place, and the essential elements of the alleged act(s)]:

did assault the complainant by striking him in the face causing injury to his face, mouth, and nose. Said injuries consisting of lacerations, bleeding nose, and scratches.

2. After being arrested did give the investigating officer, Sgt. Claude S. Watts of the Ocean City Police Department, false information as to his legal residence and phone number. This being obstruction of administration of law.

These facts, if established, would constitute juvenile delinquency under N.J.S.A. 2A:4A-23 in that if committed by an adult, the act(s) would constitute a violation of:
1. 2C:12-1     2. 2C:29-1

List Statute(s) and/or Ordinance(s)

Sworn and subscribed to before me
at OCNJ on 8/19 , 19 92

_Sgt. Claude Watts_
Signature of Clerk or other Authorized Person

(Signature of Complainant)

**OTHERS ALLEGEDLY INVOLVED**

| Name | Address | Telephone |

**WITNESSES TO BE CALLED**

| Name | Address | Telephone |
| Scott Vattima | ████ | |

NOV. 04, 2002 (MON) 13:56   OC POLICE   3990226   PAGE 3

EHT/000560