# EXHIBIT 20

11/26/2002  12:02   8432481829                HCSOLICITOR                         PAGE  02/10

# State of South Carolina
# Office of the Solicitor
# Fifteenth Judicial Circuit

REPLY TO ☒
P.O. BOX 1276
CONWAY, SC 29528
843-915-5460
FAX: 843-915-6461



REPLY TO ☐
P.O. BOX 1688
GEORGETOWN, SC 29442
843-545-3189
FAX: 843-545-3152
FAX: 843-545-3268

**J. GREGORY HEMBREE**
Solicitor

November 26, 2002

Detective Ray Theriault
Department of Police
Egg Harbor Township
3515 Bargaintown Road
Egg Harbor Township, NJ 08234-8321

Re:   Jeffrey A. Lancaster

Dear Detective Theriault:

Pursuant to your request for information on Jeffrey A. Lancaster, please be advised that the charge of Lynching 2nd Degree was dismissed on November 26, 1997, based on the condition that he pay $500 restitution to the victim. You will find the warrant and police report enclosed.

I hope this information is helpful to you.

Sincerely,

Cathy Floyd
Cathy Floyd
Office Manager

CF/lc
Enclosure

EHT/000566

11/26/2002  12:02   8432481829                HCSOLICITOR                                    PAGE  08/10

| AGENCY I.D. | INCIDENT REPORT | CASE NUMBER | NCIC |
|---|---|---|---|
| SCO 260400 | | 9,7,1,1,9,8,8 | INQ. ENTD. |

| | INCIDENT TYPE | COMPLETED | FORCED ENTRY | PREMISE TYPE | UNITS ENTERED | TYPE VICTIM |
|---|---|---|---|---|---|---|
| 1. | 97SR27 SIMPLE ASSAULT & BATTERY / FISTS | ☒YES ☐NO | ☐YES ☒NO | BUSINESS | | ☐ Individual ☒ Business ☐ Financial Inst. ☐ Government ☐ Relig. Orgn. ☐ Soc./Public ☐ Other ☐ Unknown ☐ Police Off. |
| 2. | | ☐YES ☐NO | ☐YES ☐NO | | | |
| 3. | | ☐YES ☐NO | ☐YES ☐NO | | | |

**EVENT**

INCIDENT LOCATION: PAINTED DUCK, HWY 17 ATLANTIC GARDEN CITY SC  ZIP CODE 29576  WEAPON TYPE: FISTS  LOCATION NO. 04

INCIDENT DATE 3-18-97  24 HR CLOCK 2058  ORIG DATE 3-18-97  DEP TIME 2058  TIME ARRIVED 2058  DEPART TIME 2140

COMPLAINANT'S NAME: SEE VICTIM  RESIDENCY: JSOU

**VICTIM NO. 1**

VICTIM'S NAME: CAMERON GEORGE C  RELATIONSHIP TO SUBJECT: STRANGER  RESIDENT: JSOU  RACE: W  SEX: M  AGE: 55  ETH: N  DAYTIME PHONE: 626-4230

HEIGHT 5-10  WEIGHT 210  HAIR BRN  EYES BRN

ADDRESS: 1305 HWY 15  CITY: MYRTLE BEACH  STATE: SC  ZIP: 29575  LOCATION NO. 04

VISIBLE INJURY: CUTS & LACERATIONS / RIGHT EYE

**SUBJECT NO. 1**

NAME: GRIGG, MICHAEL C  RACE: W  SEX: M  AGE: 21  ETH: N  HEIGHT: 6-3  WEIGHT: 240  HAIR: BRN  EYES: BRN

ADDRESS: [redacted]  CITY: [redacted]  STATE: SC  ZIP: 29576  LOCATION NO. 04

DATE/TIME OF OFFENSE: 3-18-97 2055  DATE/TIME OF ARREST: 3-18-97 2115

TOTAL # ARRESTED: 4

**NARRATIVE**

MR. CAMERON STATES WHILE AT THE PAINTED DUCK CLUB IN GARDEN CITY, HE GOT UP FROM THE TABLE AND WENT TO THE RESTROOM. ONCE INSIDE, SUSPECTS 1-4 CAME IN AT WHICH TIME A PHYSICAL ALTERCATION ENSUED WITH ALL FOUR SUSPECTS STRIKING CAMERON ABOUT THE HEAD AND BODY WITH THEIR FISTS. CAMERON SUSTAINED MODERATE INJURIES TO THE FACIAL AREA. A CUT OVER THE LEFT EYE REQUIRED 54 TAPES, HOWEVER CAMERON REFUSED TO BE TRANSPORTED ELECTED TO RESPOND TO THE HOSPITAL BY PRIVATE VEHICLE. IT IS UNCLEAR AT THIS MOMENT IN THIS INVESTIGATION WHETHER CAMERON WAS STRUCK WITH A BEER BOTTLE, AS CAMERON DOES NOT REMEMBER.

REPORTING OFFICER: WALKER Robert E  DATE 3/18/97  BADGE 1351

EHT/000568



## SUPPLEMENTAL INCIDENT REPORT

AGENCY I.D.: SCO 260400
CASE NUMBER: 97-11988
PAGE 3 of 3

**Name:** LANCASTER, JEFF
**Victim Relationship to Subject:** STRANGER
**Race/Sex:** WM
**Height:** 60  **Weight:** 180  **Hair:** BR  **Eyes:** Blu
**State:** NJ  **Zip:** 08330

**Narrative:**
INSIDE AND ASSAULTED CAMERON.

CAMERON ALSO COMPLAINING THAT HIS FALSE TEETH WERE BROKEN AND WISHES COMPENSATION. CAMERON STATES THAT HE WAS SUCKERED PUNCHED AND DID NOT SEE WHO ACTUALLY STRUCK HIM.

**Reporting Officer:** WALKER, Robert E.  3/19/97

EHT/000570

To: Lt. David Scull

From: Det. Patricia DiMarco

Through: Dsgt. Hector Tavarez

RE: Police applicant Jeffrey Lancaster

December 5, 2002

Sir,

Upon your request, I spoke to Officer Paul Weldon who was listed as a reference for Jeffrey Lancaster. Officer Weldon said he went to high school with applicant and knew that applicant was involved in wrestling. They would speak during school hours but did not socialize outside of the school. He knew that applicant had gotten into trouble while driving his motorcycle. After high school, he believes applicant went to college part-time. He did not keep in contact with applicant. It was not until the past 3 years, while playing Rough-Touch football on Sundays, that Officer Weldon came in contact with applicant again. They see each other while playing football but do not socialize any other time.

Officer Weldon said applicant chose the wrong people to hang out with and, as a result, found himself in trouble. He would not label applicant as an instigator. I asked Officer Weldon if he knew Tim Cochran, the individual that allegedly started physical altercations that resulted in applicant being arrested. Officer Weldon knew who Tim Cochran was and said Tim Cochran is an instigator of trouble and is very vocal of his opinions towards others. When I relayed the circumstances of applicant's arrests to Officer Weldon, he said he could definitely believe that Tim Cochran initiated physical confrontations.

Respectfully submitted,

Detective Patricia DiMarco

FEB-18-2002(MON) 23:55   HORRY CO POLICE DEPT   (FAX)843 248 1010   P. 002

# Horry County Police Department

2560 N. Main St., Suite 7
Conway, South Carolina 29526

Phone: (843) 248-1521
Fax: (843) 248-1886

---

This is to certify that we have checked our local records on the following subject:

**Jeffrey A. Lancaster**

_____ The Subject in question has no prior local record.

✓ The subject in question has the following record.

| Date | Charges | Disposition |
|---|---|---|
| 3-18-97<br>Warrant # F553001 | Simple Assault & Battery | 4-29-1997 - Pd. $88.00<br>Charge updated to Lynching 2nd Degree 5-29-97 |

Maxine Tyler, Supervisor I
Records Division Authorized Signature

Date: 2-07-2001

EHT/000605