# EXHIBIT 21

