EXHIBIT 22

ARTICLE 3.
LYNCHING

SECTION 16-3-210. Lynching in the first degree.

Any act of violence inflicted by a mob upon the body of another person which results in the death of the person shall constitute the crime of lynching in the first degree and shall be a felony. Any person found guilty of lynching in the first degree shall suffer death unless the jury shall recommend the defendant to the mercy of the court, in which event the defendant shall be confined at hard labor in the State Penitentiary for a term not exceeding forty years or less than five years at the discretion of the presiding judge.

SECTION 16-3-220. Lynching in the second degree.

Any act of violence inflicted by a mob upon the body of another person and from which death does not result shall constitute the crime of lynching in the second degree and shall be a felony. Any person found guilty of lynching in the second degree shall be confined at hard labor in the State Penitentiary for a term not exceeding twenty years nor less than three years, at the discretion of the presiding judge.

SECTION 16-3-230. "Mob" defined.

A "mob" is defined for the purpose of this article as the assemblage of two or more persons, without color or authority of law, for the premeditated purpose and with the premeditated intent of committing an act of violence upon the person of another.

SECTION 16-3-240. Members of mob guilty as principals.

It is permissible to infer that all persons present as members of a mob when an act of violence is committed have aided and abetted the crime and are guilty as principals.

SECTION 16-3-250. Duties of sheriff and solicitor with respect to acts of violence committed by mob.

When any mob commits an act of violence the sheriff of the county wherein the crime occurs and the solicitor of the circuit wherein the county is located shall act as speedily as possible to apprehend and identify the members of the mob and bring them to trial.

SECTION 16-3-260. Solicitor's summary power to conduct investigation.

Pursuant to Section 16-3-250 the solicitor of any circuit shall have summary power to conduct any investigation deemed necessary by him in order to apprehend the members of a mob and may subpoena witnesses and take testimony under oath.

SECTION 16-3-270. Civil liability of members of mob.

This article shall not be construed to relieve any member of any such mob from civil liability.