# EXHIBIT 27

| Disciplinary Actions |
|---|
| Lancaster, Jeffrey |

| Date | Charge | Penalty |
|---|---|---|
| 09-26-08 | Violation of Rule 4.1.13 - Driver's License<br>Violation of Rule 4.8.3 - Firearms | Letter of Reprimand |
| 10-29-08 | - Conduct Unbecoming an Officer<br>- Failure to conduct w/ high ethical standards on & off duty.<br>- Conduct subversive of good order & discipline.<br>- Prohibited Activity on Duty<br>- Courtesy<br>- Radio Discipline<br>- Failure to be accountable & responsible to supervisors<br>- Obedience to Laws and Rules<br>- Violation of the Chain of Command | 30 day suspension<br>Forfeiture 15 sick days |

EHT/000308

To: Officer J. Lancaster – #15139

From: Sergeant M. Romantino

Reference: Written Reprimand
Violation of Rule 4.1.13 – Drivers Licensing
Violation of Rule 4.8.3 – Care and Handling of Firearms

Date: September 26, 2008

Officer Lancaster:

On September 26, 2008 an inspection was completed on all personnel in briefing. A check of your duty firearm as well as your Police Identification and drivers license was part of the inspection. You advised that you were not in possession of your license at this time. A check of your license with the New Jersey Motor Vehicle Commission files revealed that it has been expired since August 31, 2008. On this date, you were brought to the motor vehicle commission in order to correct the situation.

As per the Egg Harbor Township Police Department Police manual Rules and Regulations section **4.1.13, you are required to possess and maintain a valid New Jersey motor vehicle drivers license in order** to operate any Egg Harbor Township owned vehicle.

The second part of the inspection was for the condition of your duty firearm. The inspection revealed that it was not clean as indicated by carbon buildup. This is a violation of Departmental Rules and Regulation number 4.8.3 "**Care and Handling of Firearms**". The specific wording is "Employees shall follow departmental policy and procedures on the care and handling of firearms".

This letter will serve as a written reprimand that you failed to follow the directions as specified in the Police Rules and Regulations as required. Any future violations will result in progressive discipline. This written reprimand will be forwarded to Chief Catania

Marc Romantino
Sergeant of Police
Patrol Division

/mr

cc: Lt. J. Druding

p file

EHT/000309