EXHIBIT 35



# OFFICE OF THE PROSECUTOR
## County of Atlantic

4997 Unami Boulevard
P.O. Box 2002
Mays Landing, NJ 08330

(609) 909-7800 • Fax: (609) 909-7802

**Theodore F. L. Housel**
*Prosecutor*

October 6, 2008

Chief Blaze Catania
Egg Harbor Township Police Department
3515 Bargaintown Road
Egg Harbor Township, New Jersey 08234-8321

Re:  **COMPLAINT OF DOUGLAS STROBY**
     **Suspect: Jeff Lancaster**
     **Our IAA #08271**
     **Your Department Case #08-18**

Dear Chief Catania:

The above captioned matter was reviewed by this office. After review of the available file material, we are referring this matter to your jurisdiction for whatever action you deem appropriate. No reports or final determination need to be sent to this office after you have concluded your department review.

Very truly yours,

LAURENCE J. SZAPOR
Chief of County Investigators

C: Lt. Tavarez

LJS:job

