## List of Exhibits

Exhibit 1
Amended Complaint filed in the Atlantic County Superior Court on July 20, 2009

Exhibit 2
Complaint filed in the Atlantic County Superior Court on January 28, 2009

Exhibit 3
September 30, 2008 Statement of Douglass Stroby

Exhibit 4
- Notice of Charge and Hearing to Officer Jeffrey Lancaster dated October 16, 2008 (EHT/ 00031, EHT/ 00032)
- October 20, 2008 correspondence from Officer Lancaster directed to Chief Catania (EHT/ 00034)

Exhibit 5
Certified Transcript of Deposition of Douglass Stroby conducted September 15, 2009

Exhibit 6
Internal Affairs Investigation Disposition Recommendations dated October 15, 2008

Exhibit 7
Internal Affairs Interview of Douglass Stroby

Exhibit 8
October 29, 2008 Memorandum from Chief Catania to EHT Chief Financial Officer with regard to Officer Lancaster's suspension

Exhibit 9
Notice of Tort Claim dated December 15, 2008 (EHT/ 00043 through EHT/ 00059)

April 29, 2010/ 4 pm

Exhibit 10
Removal to the United States District Court

Exhibit 11
Answer to Plaintiff's Complaint filed by the Defendants, the Township of Egg Harbor and Chief of Police Blaze Catania

Exhibit 12
Consent Order Amending Complaint to Include State Law Causes of Action

Exhibit 13
Plaintiff's Amended Complaint

Exhibit 14
Answer to Plaintiff's Amended Complaint filed by the Defendants, the Township of Egg Harbor and Chief of Police Blaze Catania

Exhibit 15
Resolution 484 which Appoints Jeffrey A. Lancaster as a Police Officer with the Township of Egg Harbor Police Department

Exhibit 16
Background investigation of Jeffrey A. Lancaster (EHT/ 000440 through EHT/ 000473)

Exhibit 17
Psychological Evaluation of Jeffrey A. Lancaster conducted November 25, 2002 (EHT/ 000388 through EHT/ 000395)

Exhibit 18
Police Report (Juvenile) for Arrest of Jeffrey A. Lancaster in August of 1990

Exhibit 19
Police Report for Arrest of Jeffrey A. Lancaster in 1992 (EHT/ 000559 and EHT/ 000560

April 29, 2010/ 4 pm

List of Exhibits/ Defendants' Motion for Summary Judgment
Barker, Scott & Gelfand 210 New Road Linwood New Jersey 08221

Exhibit 20
Documentation regarding Arrest of Jeffrey A. Lancaster in the State of South Carolina in 1997 (EHT/ 000566, EHT/ 000568, EHT/ 000570, EHT/ 000589, EHT/ 000605)

Exhibit 21
Disposition of Juvenile Charges against Jeffrey A. Lancaster (EHT/ 000561)

Exhibit 22
South Carolina Statute on Lynching

Exhibit 23
Certified Transcript of Deposition of Jeffrey A. Lancaster conducted December 29, 2009

Exhibit 24
Applicant Interview Evaluation Form for Jeffrey A. Lancaster (EHT/ 000590 through EHT/ 000595)

Exhibit 25
Offer of Employment from Egg Harbor Township to Jeffrey A. Lancaster (EHT/ 000596)

Exhibit 26
Performance Evaluation Report for Patrolman Jeffrey A. Lancaster for the years 2004 through 2007 (EHT/ 000343 through EHT/ 000349, EHT/ 000351, EHT/ 000352 through EHT/ 000357, EHT/ 000360 through EHT/ 000363, EHT/ 000365 through EHT/ 000371)

Exhibit 27
Disciplinary Actions for Jeffrey A. Lancaster (EHT/ 000308 and EHT/ 000309)

Exhibit 28
Interview of Douglas Stroby

April 29, 2010/ 4 pm

Exhibit 29
September 30, 2008 memorandum from Lieutenant Townsend to Chief Catania regarding the Incident at 33 Marsh Road (EHT/ 00008 and EHT/ 00009)

Exhibit 30
Internal Affairs Complaint (EHT/ 00010)

Exhibit 31
October 20, 2008 memorandum from Officer Lancaster to Chief Catania (EHT/ 00034)

Exhibit 32
October 15, 2008 memorandum from Officer Lancaster to Chief Catania (EHT/ 00030)

Exhibit 33
Certified transcript of Deposition of Chief of Police Blaze Catania conducted December 29, 2009

Exhibit 34
- Receipt for Personnel Policies and Procedures Manual, accepted by Officer Lancaster (EHT/ 000337, EHT/ 000601 through EHT/ 000603)
- Police Manual Rules and Regulations (EHT/ 001251 through EHT/ 001278)

Exhibit 35
Correspondence from the Atlantic County Prosecutor referring matter back to Egg Harbor Township for determination

Exhibit 36
Smith v City of Philadelphia, 2002 US Dist. LEXIS 26529 (ED Pa. September 23, 2002)

Exhibit 37
Halwani v Galli, 2000 US Dist. LEXIS 9684 (ED Pa. July 13, 2000)

April 29, 2010/ 4 pm

Exhibit 38
Bonenberger v Plymouth Township, 1996 US Dist. LEXIS 19440 (ED Pa. December 18, 1996)

Exhibit 39
Jones v West Point Police Department, 2008 US Dist. LEXIS 12201 (WD Ky. February 19, 2008)

Exhibit 40
Lesende v Borrero, 2010 US Dist. LEXIS 20519 (DNJ March 8, 2010)

Exhibit 41
Slinger v New Jersey, 2008 US Dist. LEXIS 71723 (DNJ September 4, 2008)

Exhibit 42
Dixon v CEC Entertainment, 2008 NJ Super. Unpub. LEXIS 2875 (App. Div. August 6, 2008)

Exhibit 43
Lylo v Smith, 2006 US Dist. LEXIS 76098 (DNJ October 19, 2006)

Exhibit 44
Jackson v Comm'r NJSP, 2005 US Dist. LEXIS 36399 (DNJ December 27, 2005)

April 29, 2010/ 4 pm